IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN THE MATTER OF: CASE NO. 22-41049

WALL007, LLC

DEBTOR CHAPTER 11

NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

Notice is hereby given that Julie Anne Parsons, of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for The County of Denton, Texas, in the above-entitled case, and requests that service of notices and other documents be made upon this attorney of record.

Dated: August 23, 2022

Respectfully submitted,

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
Attorneys for Claimant, The County of Denton, Texas

*/s/Julie Anne Parsons*
Julie Anne Parsons
State Bar Number 00790358
P.O. Box 1269
Round Rock, Texas 78680
Telephone: (512) 323-3200
Fax: (512) 323-3205
Email: jparsons@mvbalaw.com

CERTIFICATE OF SERVICE

I hereby certify that I have placed a copy of the above Notice of Appearance and Request For Service Of Notices And Other Documents to Eric A Liepins, Eric A. Liepins, P.C., 12770 Coit Road Suite 850, Dallas, Texas 75251, and to those parties listed on the Court's Notice of Electronic Filing on August 23, 2022, by Electronic Notification.

*/s/Julie Anne Parsons*
Julie Anne Parsons