# INFORMATION FOR THE SECTION 341 MEETING OF CREDITORS

This Section 341 Meeting of Creditors ("Meeting") will be conducted telephonically. The telephone call in number and participant code for the Section 341 Meeting of Creditors ("Meeting") and instructions are set forth below.

**Dial-In Information**:
(1) You must use a touch-tone phone to participate.
(2) Landline preferred. If you have a choice, use a landline phone, instead of a cell phone. Do not use a speaker phone.
(3) Dial the call-in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign. Immediately place your phone on mute.
(4) Make the call from a quiet area where there is as little background noise as possible.
(5) As more than one Meeting will be held during this period, listen for your case to be called. When your case is called, unmute you phone and identify yourself.
(6) When speaking during your case, identify yourself.
(7) Do not put the phone on hold at any time after the call is connected.
(8) If any party is attending the Meeting from the same location as another party, use separate touch-tone phones to participate.
(9) Once the case Meeting is finished, hang up.
(10) If you become disconnected before your Meeting is finished, call back.

| All Chapter 11 Cases Including Cases Electing Subchapter V of Chapter 11 | | | |
|---|---|---|---|
| Presiding Trustee | Participant Code<br>4489529 | Conference Line – Local (toll)<br>517-833-3942 | Conference Line (toll free)<br>877-647-7210 |

| All Chapter 7 Cases | | | |
|---|---|---|---|
| Presiding Chapter 7 Trustee | Participant Code | Conference Line – Local (toll) | Conference Line (toll free) |
| Diane Carter | 2235728 | 210-453-4089 | 866-794-8448 |
| Michelle Chow | 1174871 | 517-224-3223 | 866-541-9301 |
| Chris Moser | 8700433 | 203-607-6584 | 877-934-5488 |
| Linda Payne | 6221451 | 517-268-7095 | 877-900-6448 |
| Mark Weisbart | 6422968 | 203-280-5914 | 877-491-1721 |
| Steve Zayler | 7135484 | 517-600-9814 | 866-621-9429 |

**Bankruptcy Documents:**
Debtors should have their bankruptcy documents available in the event there are questions about the information in the documents.

(Revised 05/22)

United States Bankruptcy Court
Eastern District of Texas

In re: | Case No. 22-41049-btr
WALL007, LLC | Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4 | User: admin | Page 1 of 2
Date Rcvd: Aug 22, 2022 | Form ID: pdf400 | Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | WALL007, LLC, 3926 Vista Woods Drive, Carrollton, TX 75007-2428 |
| 8173634 | | Chen Ling, c/o Jun Li, No. 336 Central Tianfu Street, Wenjiant District, Chengdu, China |
| 8173635 | + | HR Sterling, 2736 Trophy Club Drive, Roanoke, TX 76262-3468 |
| 8173636 | | Hui Zhu, c/o Jun Li, No. 336 Central Tianfu Street, Wenjiant District, Chengdu, China |
| 8173637 | | Jin Wang, 4-2-02 Huani Xincun, Xiachen District, Hangzhou China |
| 8173638 | + | Joyce Lindauer, 1412 Main Street. Suite 500., Dallas, TX 75202-4042 |
| 8173639 | | Jun Li, No. 336 Central Tianfu Street, Wenjiant District, Chengdu, China |
| 8173640 | | Kai Tian, No. 17 Minkang Hutong, Xicheng District, Beijing, China |
| 8173641 | + | Larry Martin, 3069 Waterside Circle, Boynton Beach, FL 33435-6401 |
| 8173642 | | Li Xuke, c/o Jun Li, No. 336 Central Tianfu Street, Wenjiant District, Chengdu, China |
| 8173643 | | Lin Zhou, 1-406, Lane 1058, Lotus Road, Minghang District, Shanghai, China |
| 8173644 | | Lingfei Cai, c/o Jun Li, No. 336 Central Tianfu Street, Wenjiant District, Chengdu, China |
| 8173645 | | Lu Jiaxiang, c/o Jun Li, No. 336 Central Tianfu Street, Wenjiant District, Chengdu, China |
| 8173646 | | Peng Guo, 6th Floor, Block C North Third Ring Road, East Dongcheng District, Beijing No. 36 World Trade Center, China |
| 8173647 | | Qu Chen, 1-4-602 Yongtai, Hiadian District, Beijing, China |
| 8173648 | | Shi Yunliang, c/o Jun Li, No. 336 Central Tianfu Street, Wenjiant District, Chengdu, China |
| 8173650 | + | Vance McMurry, 508 Lookout Drive, Suite 14-74, Richardson, TX 75080-2176 |
| 8173651 | | Xingxianzhi, c/o Jun Li, No. 336 Central Tianfu Street, Wenjiant District, Chengdu, China |
| 8173652 | | Yunding Kang, Room 2401, 56 New Nuclear Power Village, 55 Xinqiao South Road, Wuyuan Town, Haiyan County, Zhejiang Province, China |
| 8173653 | | Zhang Cong, c/o Jun Li, No. 336 Central Tianfu Street, Wenjiant District, Chengdu, China |
| 8173654 | | Zhao Zhong, c/o Jun Li, No. 336 Central Tianfu Street, Wenjiant District, Chengdu, China |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 8173649 | + | Email/Text: smetzger@pmklaw.com | Aug 22 2022 23:26:00 | Steve Metzger, 3626 N Hall Street, Suite 800, Dallas, TX 75219-5133 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2022 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Eric A Liepins | on behalf of Debtor WALL007 LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 2