IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WALL007,LLC | § | CASE NO 22-41049 |
| | § | |

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WALL009,LLC | § | CASE NO 22-41113 |
| DEBTOR | § | |

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WALL010, LLC | § | CASE NO 22-41125 |
| | § | |
| DEBTOR | § | |

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WALL011, LLC | § | CASE NO 22-41114 |
| | § | |
| DEBTOR | § | |

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WALL012,LLC | § | CASE NO 2-41125 |
| | § | |
| DEBTOR | § | |

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WALL016,LLC | § | |
| | § | CASE NO 22-41135 |
| | § | |
| DEBTOR | § | |

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WALL016, LLC | § | CASE NO 22-41136 |

| | | |
|---|---|---|
| | § | |
| DEBTOR | § | |
| IN RE: | § | |
| | § | |
| WALL017, LLC | § | CASE NO 22-41137 |
| | § | |
| DEBTOR | § | |
| IN RE: | § | |
| | § | |
| WALL018,LLC | § | CASE NO 22-41176 |
| | § | |
| DEBTOR | § | |
| IN RE: | § | |
| | § | |
| WALL019,LLC | § | CASE NO 22-41177 |
| | § | |
| DEBTOR | § | |
| IN RE: | § | |
| | § | |
| SEAGOVILLE FARMS, LLC | § | CASE NO 22-41181 |
| | § | |
| DEBTOR | § | |

**ORDER PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE DIRECTING JOINT ADMINISTRATION OF CASES**

CAME ON FOR CONSIDERATION the Motion of WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC WALL019 ,LLC and Seagoville Farms, LLC (collectively "Debtors") for an order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of the Debtors' Chapter 11 cases for procedural purposes only, all as more fully set forth in the Motion, and the Court having jurisdiction to consider the Motion and relief requested

therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that the relief requested in the Motion is in the best interests of the Debtors and their estates; and due notice of the Motion and the hearing on the Motion having been given to the U.S. Trustee for the Eastern District of Texas; and it appearing that no objection has been filed to the relief requested in the Motion and that no other or further notice need be given; and sufficient cause appearing therefore. It is

ORDERED that the above-captioned Chapter 11 cases be and hereby are, jointly administrated by this Court for procedural purposes only; It is further

ORDERED that the clerk shall file and docket all orders, pleadings, papers and documents, except proofs of claims, in **CASE NO. 22-41049-BTR-11**; and it is further

ORDERED that all proofs of claims shall be filed under the case number representing the estate in which the claim is made, and a creditor of more than one estate shall file a proof of claim in each case in which a claim is made, and only in the amount which the creditor may make a claim from that estate; and the Clerk shall register and file proofs of claim in the case under which the proof of claim is filed; and it is further

ORDERED that nothing contained in this Order or the Motion shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Debtors or the above-captioned cases. It is further

ORDERED that the caption of all pleadings, papers and documents, except proofs of claim, filed in the jointly administered cases shall bear the following caption of the jointly administered cases:

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **WALL007, LLC** | § | **Chapter 11 Case No. 22-41049-BTR-11** |
| | § | **(Jointly Administered)** |
| **DEBTORS.** | § | |

It is further

ORDERED that this Order shall be filed in each of the above-captioned cases and a docket entry shall be made in each of the above-captioned cases substantially as follows:

> "An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 cases of WALL007, LLC, WALL009, LLC, WALL010, LLC, WALL011, LLC, WALL012, LLC, WALL016, LLC, WALL017, LLC, WALL018, LLC WALL019 ,LLC and Seagoville Farms, LLC (collectively "Debtors") and the docket in Case No. 22-41049-BTR-11 should be consulted for all matters affecting this case other than for proofs of claim which shall be maintained for each case separately."

It is further

ORDERED that counsel for Debtor shall serve a copy of this order on the United States Trustee, all creditors, persons filing notices of appearances and other parties-in-interest, and shall file a certificate of service with the Clerk of Clerk of completing service.