**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| WALL007, LLC | ) | Chapter 11 Case No. |
| WALL009, LLC | ) | 22-41049-BTR-11 |
| WALL 010, LCC | ) | |
| WALL011, LLC | ) | |
| WALL012, LLC | ) | |
| WALL016, LLC | ) | |
| WALL017, LLC | ) | |
| WALL018, LLC | ) | |
| WALL019, LLC | ) | |
| SEAGOVILLE FARMS, LLC | ) | |
| | ) | |
| Debtors | ) | Chapter 11 |
| ________________________________ | ) | |

**THE COUNTY OF DENTON'S NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS DOCUMENT 5 FILED 08/23/2022**

1. The County of Denton hereby notifies the Court and all other parties that it withdraws its Notice of Appearance and Request for Service of Notices and Other Documents – document 5 filed August 23, 2022.

Date: September 27, 2022

Respectfully submitted,

McCREARY, VESELKA, BRAGG & ALLEN, P.C.

By: */s/ Julie Anne Parsons*

Julie Anne Parsons
Texas Bar No. 00790358
P. O. Box 1269
Round Rock, TX 78680
Telephone: (512) 323-3241
Fax: (512) 323-3205
Email: jparsons@mvbalaw.com
*Attorneys for The County of Denton herein*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 27, 2022, a true and correct copy of the foregoing document was filed with the Court and served via the Court's electronic noticing system to all parties registered to receive such notice in the above-captioned proceeding.

*/s/ Julie Anne Parsons*
Julie Anne Parsons