**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **In re** | § | |
| | § | |
| **WALL007, LLC,** | § | **Chapter 11 Case No. 22-41049-BTR-11** |
| **WALL009, LLC,** | § | |
| **WALL010, LLC,** | § | |
| **WALL011, LLC,** | § | |
| **WALL012, LLC,** | § | |
| **WALL016, LLC,** | § | |
| **WALL017, LLC,** | § | |
| **WALL018, LLC,** | § | |
| **WALL019, LLC,** | § | |
| **SEAGOVILLE FARMS, LLC,** | § | **(Jointly Administered)** |
| | § | |
| **DEBTORS.** | § | |

## NOTICE OF LODGING

Attached please find a copy of Plaintiff Securities and Exchange Commission's Expedited Motion for Appointment of Receiver and Brief in Support (D. Ct. ECF #6) filed in *SEC v. Timothy Barton, et al.*, No. 33-cv-2118 (N.D. Tex., filed September 23, 2022). This filing is informational only.

Dated: September 27, 2022

Respectfully submitted,
*/s/ Angela D. Dodd*

Angela D. Dodd (dodda@sec.gov)
Senior Bankruptcy Counsel
COUNSEL FOR SECURITIES
AND EXCHANGE COMMISSION
Chicago Regional Office
175 W. Jackson Blvd., Suite 1450
Chicago, IL 60604
Tel: (312) 353-7400