IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| WALL007, LLC | § | Case no.22-41049 -11 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

ORDER ON
APPLICATION FOR AUTHORITY
TO EMPLOY COUNSEL FOR DEBTOR

Came on this day the Application for Authority to Employ Counsel for Debtor. The Court having reviewed the pleadings and heard argument of counsel is of the opinion for the reasons set forth in open Court, that said Application should be granted. It is accordingly,

ORDERED, ADJUDGED, and DECREED that Eric A. Liepins and the law firm of Eric A. Liepins, P.C., are hereby approved as counsel of record for the Debtor effective as of August 23, 2022.

Signed on 9/26/2022

Brenda T. Rhoades MD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Eastern District of Texas

In re: Case No. 22-41049-btr
WALL007, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4 User: admin Page 1 of 2
Date Rcvd: Sep 26, 2022 Form ID: pdf400 Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | WALL007, LLC, 3926 Vista Woods Drive, Carrollton, TX 75007-2428 |
| cr | | Cai Lingfei, c/o Jun Li, No. 336 Central Tianfu Street, Wejiant District, Chengdu, China |
| cr | | Chen Ling, c/o Jun Li, No. 336 Central Tianfu Street, Wenjinat District, Chengdu, China |
| cr | + | Gao Huaizhen, c/o William A Pigg, PLLC, 10455 N Central Expressway, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | + | HR Sterling, 2736 Troph Club Dr., Roanoke, TX 76262-3468 |
| cr | | Hui Zhu, c/o Jun Li, No. 336 Central Tianfu Street, Wenljiant District, Chengdu, China |
| cr | | Jin Wang, Room 2-202, Builidng No.4, Huanxixincun, HangzhoU, China |
| cr | + | Joyce Lindauer, Joyce W. Lindauer Attorney, PLLC, 1412 Main St,, Ste. 500, Dallas, TX 75202-4042 |
| cr | | Jun Li, No. 336 Central Tianfu Street, Wenjiant District, Chengdu, China |
| cr | | Kai Tian, No. 17 Minkang Hutong, Xicheng District, Beijing, China |
| cr | | Kang Yunding, Room 2401, 56 New Nuclear Power Village, 55 Xinqiao South Road, Wuyuan Town, Halyan County, Zhejiang Province, China |
| cr | | Li Xuke, c/o Jun Li, No. 336 Central tianfu Street, Wenjiant District, Chengdu, China |
| cr | | Lin Zhou, 1-406 Lane 1058 Lotus Road, Minghang District, Shanghai, China |
| cr | | Lu Jiaxiang, c/o Jun Li, No. 336 Central Tianfu Street, Wenjiant District, Chengdu, China |
| cr | + | Ma Jinghui, c/o William A Pigg, PLLC, 10455 N Central Expwy, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | | Peng Guo, 6th Floor. Block C,, North Third Ring Road, East Dongcheng District, Beijin No. 36 World Trade Center, China |
| cr | | Qu Chen, 1-4-602 Yongtai, Hiadian District, Beijing, China |
| cr | + | Qu Yi, c/o William A Pigg, PLLC, 10455 N Central Expwy, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | | Shi Yunliang, c/o Jun Li, No. 336 Central Tianfu Street, Wenjiant District, Chengdu, China |
| cr | | Sun Yun, Room 302, No. 10 Caixiang Road, Gusu District, Suzhou, Jiangsu, China |
| cr | + | Vance McMurry, 508 Lookout Dr., Ste. 14-44, Richardson, TX 75080-2176 |
| cr | | Xingxianzhi, c/o Jun Li, No. 336 Central Tianfu Street, Wenjiant District, Chengdu, China |
| cr | | Zhang Cong, c/o Jun Li, No. 336 Central Tianfu Street, Wenjiant District, Chengdu, China |
| cr | | Zhao Zhong, c/o Jun Li, No. 336 Central Tianfu Street, Wenjiant District, Chengdu, China |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: smetzger@pmklaw.com | Sep 26 2022 23:18:00 | Steve Metzger, 3626 N. Hall St., Ste. 800, Dallas, TX 75219-5133 |
| cr | + | Email/Text: tleday@mvbalaw.com | Sep 26 2022 23:17:00 | The County of Denton, Texas, c/o Julie Anne Parsons, P.O. Box 1269, Round Rock, TX 78680-1269 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2022 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric A Liepins | on behalf of Debtor Seagoville Farms LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| Eric A Liepins | on behalf of Debtor WALL012 LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| Eric A Liepins | on behalf of Debtor WALL017 LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| Eric A Liepins | on behalf of Debtor WALL009 LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| Eric A Liepins | on behalf of Debtor WALL007 LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| Eric A Liepins | on behalf of Debtor WALL016 LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| Eric A Liepins | on behalf of Debtor WALL010 LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| Eric A Liepins | on behalf of Debtor WALL018 LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| Eric A Liepins | on behalf of Debtor WALL019 LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| Eric A Liepins | on behalf of Debtor WALL011 LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| Julie Anne Parsons | on behalf of Creditor The County of Denton Texas jparsons@mvbalaw.com, vcovington@mbvalaw.com;kalexander@mvbalaw.com;ceudy@mvbalaw.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |
| William A Pigg | on behalf of Creditor Qu Yi wapigg@pigglawfirm.com |
| William A Pigg | on behalf of Creditor Ma Jinghui wapigg@pigglawfirm.com |
| William A Pigg | on behalf of Creditor Sun Yun wapigg@pigglawfirm.com |
| William A Pigg | on behalf of Creditor Gao Huaizhen wapigg@pigglawfirm.com |

TOTAL: 16