IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | Chapter 11 |
| WALL007, LLC | § | |
| WALL009, LLC | § | Case No. 22-41049 |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | (Jointly Administered) |
| WALL017, LLC | § | |
| WALL018, LLC | § | |
| WALL019, LLC | § | |
| SEAGOVILLE FARMS, LLC | § | |
| | § | |
| Debtors. | § | |

**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DISMISS WITH PREJUDICE TO RE-FILING**

Came on for consideration the United States Trustee's Motion to Dismiss ("Motion") filed in the above-numbered and captioned bankruptcy case ("Case"). The Court finds that the Motion was properly noticed and after consideration of applicable evidence, argument and law, and any responses filed to the Motion, concludes that the Motion should be granted. Accordingly, it is hereby:

ORDERED that the Case is hereby dismissed with prejudice to re-filing for a period of 180 days.

SO ORDERED AND ADJUDGED.