United States Department of Justice
Office of the United States Trustee
110 N. College Avenue, Suite 300
Tyler, Texas 75202
(903) 590-1450; Fax (903) 590-1461

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | Chapter 11 |
| WALL007, LLC | § | |
| WALL009, LLC | § | Case No. 22-41049 |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | (Jointly Administered) |
| WALL017, LLC | § | |
| WALL018, LLC | § | |
| WALL019, LLC | § | |
| SEAGOVILLE FARMS, LLC | § | |
| | § | |
| Debtors | § | |

**MOTION FOR EXPEDITED CONSIDERATION AND SHORTENED NOTICE PERIOD ON UNITED STATES TRUSTEE'S MOTION TO DISMISS WITH PREJUDICE OR APPOINT CHAPTER 11 TRUSTEE OR FOR OTHER RELIEF**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE PRESIDING:

William T. Neary, the United States Trustee for Region 6 ("U.S. Trustee") hereby files this Motion for Expedited Hearing on United States Trustee's Motion to Appoint Chapter 11 Trustee ("Expedited Hearing Motion") seeking expedited consideration of the U.S. Trustee's Motion to Dismiss or Appoint Chapter 11 Trustee ("Dismissal Motion") and respectfully states in support thereof:

1. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1334, 157(a), and the

standing order of reference. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. The U.S. Trustee by this Expedited Hearing Motion seeks an expedited hearing of the Dismissal Motion.

3. The Dismissal Motion seeks dismissal, or in the alternative, an order directing appointment of a chapter 11 trustee of these administratively consolidated cases. The Dismissal Motion details allegations sufficient to support dismissal of the Cases pursuant to section 1112 or for appointment of a chapter 11 trustee pursuant to 11 U.S.C. § 1104 to the extent Debtors' current management must be replaced.

WHEREFORE the U.S. Trustee respectfully requests an expedited hearing on its Motion to Appoint Chapter 11 Trustee, and such other relief as is just.

Dated: October 13, 2022

Respectfully submitted,

William T. Neary
United States Trustee
Region 6

By: *<u>/s/ Marc Salitore</u>*
Marcus F. Salitore
Asst. U.S. Trustee, SBOT 15787750
110 N. College Avenue, Suite 300
Tyler, Texas 75702
(903) 590-1450; Fax (903) 590-1461

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he conferred with Debtors' proposed counsel on October 12, 2022, by telephone and the Debtors are NOT OPPOSED to the requested relief.

*/s/ Marc Salitore*
Marcus F. Salitore

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on the following listed persons through the court's electronic notification system as permitted by Appendix 5005 III E to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid, no later than October 14, 2022.

*/s/ Marc Salitore*
Marc Salitore

**Debtors:**
WALL007, LLC, et al.
3926 Vista Woods Drive
Carrollton, TX 75007

**Debtor's Attorney**
Eric A Liepins
Eric A. Liepins, P.C.
12770 Coit Road
Suite 850
Dallas, TX 75251

**Notices of Appearance:**
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202

William A. Pigg, PLLC
10455 N. Central Expressway, Suite 109
Dallas, Texas 75231

**Matrix Follows:**