IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | Chapter 11 |
| WALL007, LLC | § | |
| WALL009, LLC | § | Case No. 22-41049 |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | (Jointly Administered) |
| WALL017, LLC | § | |
| WALL018, LLC | § | |
| WALL019, LLC | § | |
| SEAGOVILLE FARMS, LLC | § | |
| | § | |
| Debtors. | § | |

**ORDER GRANTING EXPEDITED HEARING ON U.S. TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE, OR FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE, OR FOR ALTERNATIVE RELIEF**

ON THIS DATE the Court considered the request for expedited hearing filed by the U.S. Trustee ("Movant") in conjunction with its Motion to Dismiss Case with Prejudice, or for Appointment of a Chapter 11 Trustee, or for Alternative Relief (the "Motion"). The Court finds that the request complies with LBR 9007(c) and demonstrates that sufficient cause exists for shortening the normal response time and scheduling an expedited hearing on the Motion. Accordingly,

IT IS THEREFORE ORDERED that the responses to the Motion shall be filed no later than ___________.

IT IS FURTHER ORDERED that the request for expedited hearing is GRANTED and that a hearing on Movant's [name of motion] shall be held on _______________________ in

the Courtroom of the United States Bankruptcy Court, Suite 300B, 660 North Central Expressway, Plano, Texas, 75074.

IT IS FURTHER ORDERED that the Movant or its counsel shall give notice of this emergency hearing by forwarding a copy of this Order by the most expedient means available, including electronic or telephonic transmission, or otherwise by First Class United States Mail, to all parties listed in the certificate of service contained in the Motion and shall evidence such service by the filing of a Certificate of Service with the Court prior to the scheduled hearing.

SO ORDERED AND ADJUDGED.