United States Department of Justice
Office of the United States Trustee
110 N. College Avenue, Suite 300
Tyler, Texas 75202
(903) 590-1450; Fax (903) 590-1461

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | Chapter 11 |
| WALL007, LLC | § | |
| WALL009, LLC | § | Case No. 22-41049 |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | (Jointly Administered) |
| WALL017, LLC | § | |
| WALL018, LLC | § | |
| WALL019, LLC | § | |
| SEAGOVILLE FARMS, LLC | § | |
| | § | |
| Debtors. | § | |

**CERTIFICATE OF SERVICE OF ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION FOR THE U.S. TRUSTEE'S MOTION TO DISMISS CASES WITH PRJUDICE, OR FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE, OR FOR ALTERNATIVE RELIEF**

The undersigned hereby certifies that a copy of the Court's Order Granting the Motion for Expedited Consideration of the U.S. Trustee's Motion to Dismiss the Cases with Prejudice, or for the Appointment of a Chapter 11 Trustee, or for Alternative Relief ("Order") was served on the below listed persons through the court's electronic notification system as permitted by Appendix 5005 III E to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid, no later than October 14, 2022.

Respectfully submitted,

WILLIAM T. NEARY, UNITED STATES TRUSTEE, EASTERN DISTRICT OF TEXAS

BY: */s/ Marc Salitore*
Asst. United States Trustee
TX SBN 24029822
110 North College Avenue, Suite 300
Tyler, Texas 75702
Phone: (903) 590-1450

**Debtors:**
WALL007, LLC, et al.
3926 Vista Woods Drive
Carrollton, TX 75007

**Debtor's Attorney**
Eric A Liepins
Eric A. Liepins, P.C.
12770 Coit Road
Suite 850
Dallas, TX 75251

**Notices of Appearance:**
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202

William A. Pigg, PLLC
10455 N. Central Expressway, Suite 109
Dallas, Texas 75231

**Matrix Follows:**

Label Matrix for local noticing
0540-4
Case 22-41181
Eastern District of Texas
Sherman
Wed Oct 12 14:44:55 CDT 2022

HR Sterling, LLC
2735 Trophy Club Dr.
Roanoke, TX 76262-3480

HR Sterling, LLC
2736 Trophy Club Drive
Roanoke, TX 76262-3468

Eric A Liepins
Eric A. Liepins, P.C.
12770 Coit Road
Suite 850
Dallas, TX 75251-1364

McMurray Law, PLLC
508 W. Lookout Drive
Richardson, TX 75080-2176

McMurry Law PLLC
3626 N. Hall St., Ste. 800
Dallas, TX 75219-5133

Metzger Law
3626 N. Hall Street.
Ste. 800
Dallas, TX 75219-5133

Metzger Law PLLC
3626 N. Hall Street, Ste. 800
Dallas, TX 75219-5133

Robert F. Kemp Law
4145 Travis, Ste. #201
Dallas, TX 75204-1832

Robert F. Kemp Law
4145 Travis St # 201
Dallas, TX 75204-1832

Seagoville Farms, LLC
3926 Vista Woods Drive
Carrollton, TX 75007-2428

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

Yjing Wu
4-4-103 Huafangyicheng No 29 Qingnian Rd
Chaoyang District
Beijing, China

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Yjing Wu
4-4-103 Huafangyicheng
No. 29 Qingnian Road. Chaoyang District
Beijing, China

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 13 |
| Bypassed recipients | 1 |
| Total | 14 |

Label Matrix for local noticing
0540-4
Case 22-41049
Eastern District of Texas
Sherman
Wed Oct 12 14:38:27 CDT 2022

Qu Chen
1-4-602 Yongtai
Hiadian District
Beijing, China

Chen Ling
c/o Jun Li
No. 336 Central Tianfu Street
Wenjiant District, Chengdu, China

Zhang Cong
c/o Jun Li
No. 336 Central Tianfu Street
Wenjiant District
Chengdu, China

Angela D. Dodd
US Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604-2908

Peng Guo
6th Floor. Block C,
North Third Ring Road
East Dongcheng District
Beijin No. 36 World Trade Center, China

HR Sterling
2736 Trophy Club Drive
Roanoke, TX 76262-3468

Gao Huaizhen
c/o William A Pigg, PLLC
10455 N Central Expressway
Suite 109
Dallas, TX 75231-2215

Hui Zhu
c/o Jun Li
No. 336 Central Tianfu Street
Wenjiant District, Chengdu, China

Lu Jiaxiang
c/o Jun Li
No. 336 Central Tianfu Street
Wenjiant District
Chengdu, China

Jin Wang
4-2-02 Huani Xincun
Xiachen District
Hangzhou China

Ma Jinghui
c/o William A Pigg, PLLC
10455 N Central Expwy
Suite 109
Dallas, TX 75231-2215

Joyce Lindauer
1412 Main Street. Suite 500.
Dallas, TX 75202-4042

Jun Li
No. 336 Central Tianfu Street
Wenjiant District, Chengdu, China

Kai Tian
No. 17 Minkang Hutong
Xicheng District
Beijing, China

Larry Martin
3069 Waterside Circle
Boynton Beach, FL 33435-6401

Li Xuke
c/o Jun Li
No. 336 Central Tianfu Street
Wenjiant District, Chengdu, China

Eric A Liepins
Eric A. Liepins, P.C.
12770 Coit Road
Suite 850
Dallas, TX 75251-1364

Lin Zhou
1-406, Lane 1058
Lotus Road
Minghang District, Shanghai, China

Joyce Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main St,
Ste. 500
Dallas, TX 75202-4042

Joyce W. Lindauer
Joyce Lindauer, Attorney
1412 Main Street
Suite 500
Dallas, TX 75202-4042

Chen Ling
c/o Jun Li
No. 336 Central Tianfu Street
Wenjinat District
Chengdu, China

Cai Lingfei
c/o Jun Li
No. 336 Central Tianfu Street
Wejiant District
Chengdu, China

Lingfei Cai
c/o Jun Li
No. 336 Central Tianfu Street
Wenjiant District, Chengdu, China

Vance McMurry
508 Lookout Dr., Ste. 14-44
Richardson, TX 75080-2176

Steve Metzger
3626 N. Hall St., Ste. 800
Dallas, TX 75219-5133

Peng Guo
6th Floor, Block C North Third Ring Road
East Dongcheng District
Beijing No. 36 World Trade Center, China

William A Pigg
William A. Pigg, PLLC
10455 N. Central Expressway
Suite 109
Dallas, TX 75231-2215

Shi Yunliang
c/o Jun Li
No. 336 Central Tianfu Street
Wenjiant District, Chengdu, China

HR Sterling
2736 Troph Club Dr.
Roanoke, TX 76262-3468

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

Vance McMurry
508 Lookout Drive
Suite 14-74
Richardson, TX 75080-2176

WALL007, LLC
3926 Vista Woods Drive
Carrollton, TX 75007-2428

Jin Wang
Room 2-202, Builidng No.4
Huanxixincun, HangzhoU
China

Xingxianzhi
c/o Jun Li
No. 336 Central Tianfu Street
Wenjiant District
Chengdu, China

Qu Yi
c/o William A Pigg, PLLC
10455 N Central Expwy
Suite 109
Dallas, TX 75231-2215

Sun Yun
Room 302, No. 10 Caixiang Road
Gusu District, Suzhou
Jiangsu, China

Kang Yunding
Room 2401, 56 New Nuclear Power Village
55 Xinqiao South Road
Wuyuan Town, Halyan County
Zhejiang Province, China

Yunding Kang
Room 2401, 56 New Nuclear Power Village
55 Xinqiao South Road, Wuyuan Town
Haiyan County, Zhejiang Province, China

Zhao Zhong
c/o Jun Li
No. 336 Central Tianfu Street
Wenjiant District, Chengdu, China

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Jun Li
No. 336 Central Tianfu Street
Wenjiant District
Chengdu, China

(d)Lu Jiaxiang
c/o Jun Li
No. 336 Central Tianfu Street
Wenjiant District, Chengdu, China

(d)Qu Chen
1-4-602 Yongtai
Hiadian District
Beijing, China

(d)Steve Metzger
3626 N Hall Street
Suite 800
Dallas, TX 75219-5133

(d)Kai Tian
No. 17 Minkang Hutong
Xicheng District
Beijing, China

(u)United States Securities and Exchange Comm

(d)Xingxianzhi
c/o Jun Li
No. 336 Central Tianfu Street
Wenjiant District, Chengdu, China

(d)Li Xuke
c/o Jun Li
No. 336 Central tianfu Street
Wenjiant District
Chengdu, China

(d)Shi Yunliang
c/o Jun Li
No. 336 Central Tianfu Street
Wenjiant District
Chengdu, China

(d)Zhang Cong
c/o Jun Li
No. 336 Central Tianfu Street
Wenjiant District, Chengdu, China

(d)Zhao Zhong
c/o Jun Li
No. 336 Central Tianfu Street
Wenjiant District
Chengdu, China

(d)Lin Zhou
1-406 Lane 1058 Lotus Road
Minghang District
Shanghai, China

(d)Hui Zhu
c/o Jun Li
No. 336 Central Tianfu Street
Wenjiant District
Chengdu, China

End of Label Matrix
Mailable recipients 40
Bypassed recipients 13
Total 53

Label Matrix for local noticing
0540-4
Case 22-41113
Eastern District of Texas
Sherman
Wed Oct 12 14:39:49 CDT 2022

Cai Xue Zhen
Room 1003, Unit2, Building 29
Yaojiang WendingyuanXihuDistrict
Hangzhou, China

Jiang Chenchen
3395 Michelson Dr.
Apt. 4460
Irvine, CA 92612-3423

Gong Xue Geng
Rm 1801, Building C
Shengshijiayuan, Chaoyang District
Beijing, China

Gong Xue Geng
Rm 1801, Building C, Shengshijiayuan, No
Chaoyang District, Beijing, China

Gong Xuegeng
Rm 1801, Building C, Shengshijiayuan, No
Chaoyang District, Beijing, China

Ling Guan
Room 39-101, Yuehaihaoting
No.458, Xian Laoshan District
Shandong, China

Guan Pei
#6101 Building 1, No.36 Zengguang Road
Beijing, China.

Guo Hong
Room 6-902 No.500 Gubei Central Garden
South Yili Rd. Changning District
Shangha China

HR Sterling
2736 Trophy Club Drive
Roanoke, TX 76262-3468

Weijia Kong
Room 615, Building No.28
West Area Xicheng District
Beijing, China

Larry Martin
3069 Waterside Circle
Boynton Beach, FL 33435-6401

Larry Marting
3069 Waterside Circle
Boynton Beach, FL 33435-6401

Li Qiuying
Room 703, No.101 Xidajie,
Xuanwumen, Xicheng Distric
Beijing, China

Eric A Liepins
Eric A. Liepins, P.C.
12770 Coit Road
Suite 850
Dallas, TX 75251-1364

Lin Zhou
Room 1-406 No.1058
Lianhua Road
Shanghai China

Luobin
Care of Hong Guo
Room 6-902, No.50 Gubei Central Garden
South Yili Rd Changning District
Shanghai, China

Mai Ye
Tower 31B, Taizi Yuan, Hupan Garden, Wen
China Yemai00247

Guan Pei
#6101 Building 1
No.36 Zengguang Road
Bijing, China

Li Ruiling
Care of Heng Zhan
Rm 503 Building 10
Yichengmingyuan Daxing District
Beijing, China 100176

Wu Ruinian
5-2-401, Xisihuan
MeiliyuanBeijing, China

Steve Metzger
3626 N Hall Street
Suite 800
Dallas, TX 75219-5133

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

Vance McMurray
508 W. Lookout Drive
Ste. 17-74
Richardson, TX 75080-2176

Vance McMurry
508 Lookout Drive
Suite 14-74
Richardson, TX 75080-2176

WALL009, LLC
3926 Vista Woods Drive
Carrollton, TX 75007-2428

Jin Wang
Room 2-202, Builidng No.4
Huanxixincun, HangzhoU
China

Wu Dan
Room901 Building 1
Fangshanyuan Yijingyuan Wener Rd
Xihu District, Hangzhou, China

Li Xin
Care of : Quiying Li.
Room 703 No.101 Xidajie, Xuanwumen
Xicheng District
Beijing, China

Xu Yue
Rm 1801, Building C, Shengshijiayuan, No
Chaoyang District, Beijing, China

Wu Yijing
4-4-1403, Huafangyicheng. No. 29 Qingnia
Chaoyang. Dist.
Beijing, China

Jie Zou
Room1601,Building 7
Phase II Yanlord Jiangwa City
No199 Leshan R Jianye District
Nanjing, China

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Chen Qu
Care of: Heng Zhang. Rm 503
Building 10 Yichengmingyuan BDA
Daxing District Beijing

(d)Jiang Chenchen
3395 Michelson Dr. Apt. 4460,
Irvine, CA 92612-3423

(u)Jie Zou
Room1601,Building7,Phase II
Yanlord Jiangwan City,No199 Leshan R
Jianye District,Nanjing,Chin

(u)Jin Wang
Room 2-202 Builidng No.4
Huanxixincun Hangzhou

(u)Li Ruiling
Care of Heng Zhan:
Rm 503 Building 10 Yichengmingyuan
Daxing District, Beijing 100176

(u)Li Xiaoqin
Care of: Hong Guo. Room 6-902
No.500 Gubei Central Garden
South Yili Rd. Changning District

(u)Li Xin
Care of : Quiying Li. Room 703
No.101 Xidajie, Xuanwumen
Xicheng District, Beijing, Chin

(u)Ling Guan
Room 39-101, Yuehaihaoting, No.458, Xian
Laoshan District, Shandong, Chin

(u)Luobin
Care of Hong Guo Room 6-902, No.50
Gubei Central Garden, South Yili Rd
Changning District, Shanghai, Chin

(u)Deng Min
Room3-1102, JinDing Yuan Renhe Ge
No. 4 Moganshan Rd
Hanghzou

(u)Ms Deng Min
Room3-1102, JinDing Yuan Renhe Ge, No. 4
Moganshan Rd. Hanghzou

(d)Li Qiuying
Room 703, No.101 Xidajie, Xuanwumen
Xicheng Distric
Beijing, China

(u)Weijia Kong
Room 615, Building No.28, West Area
Xicheng District, Beijing, Chin

(d)Wu Ruinian
5-2-401, Xisihuan,
MeiliyuanBeijing, China

(u)Wu Yijing
4-4-1403, Huafangyicheng. No. 29 Qingnia
Chaoyang. Dist. Beijing Chin

(du)Li Xiaoqin
Care of: Hong Guo
Room 6-902 No.500 Gubei
Central Garden South Yili Rd.
Changning District

(d)Gong Xuegeng
Rm 1801, Building C, Shengshijiayuan, No
Chaoyang District
Beijing, China

(d)Mai Ye
Tower 31B, Taizi Yuan
Hupan Garden, Wen
China Yemai00247

(d)Xu Yue
Rm 1801, Building C, Shengshijiayuan, No
Chaoyang District
Beijing, China

(u)Zhang Heng
Rm 503 Building 10
Yichengmingyuan BDA
Daxing District

(u)Zhou Lin
Room 1-406 No.1058
Lianhua Road
Shanghai?China

End of Label Matrix
Mailable recipients 32
Bypassed recipients 21
Total 53

Label Matrix for local noticing
0540-4
Case 22-41125
Eastern District of Texas
Sherman
Wed Oct 12 14:41:05 CDT 2022

Cao Ming XI c/o Yan Zhang
727# Yan Chang Rd,
Jingan District, Shanghai, China

Haonan Chen
c/o Wenjun Wang
Room 2401, Unit 2, Building 3
Yu Cai Rd., Kuang District, Yangquan
Shanxi, China

Chen Weizhao c/o Liying Mao
Zhongda Wenjinyuan,Wen San Road
Room1501,Unit2,Building8
Xihu District,Hangzhou,China

Xu Gang
701-K1 Shinmaolijincheng
Tianmushan Road
Hangzhou, China

HR Sterling
2736 Trophy Club Drive.
Trophy Club, TX 76262-3468

Yang Hairuo
No. 100 Lane, Yushan Rd.
Room 1302 9#
Pudong District
Shanghai, China

Jianjin Li
Building 26 Yuexiangcun, South Taohuayua
Zhongtai Subdistrict, Yuhang District,
Hangzhou, Zhejiang, China

Ji Lan
Room 202, Building No.1, Block A 13
Guangwaichezhan St. East
Xicheng District, Beijung, China

Larry Martin
3069 Waterside Circle
Boynton Beach, FL 33435-6401

Jianjin Li
Building 26, Yuexiangcun,
South Taohuaylua Zhongtai Subdistrict
Yuchang District, Hangzhou
Zhejiang, China

Li Jianjin
Building 26 Yuexiangcun, South Taohuayua
Zhongtai Subdistrict, Yuhang District
Hangzhou, Zhejiang, China

Eric A Liepins
Eric A. Liepins, P.C.
12770 Coit Road
Suite 850
Dallas, TX 75251-1364

Changhua Lin
56-2-402
Qiushi cu
Hangzhou, China

Lin Changhua
56-2-402
Qiushi cun Hangzhou, China

Yang Liying
7-4-701 Wulin Garden
No. 112 Tianmushan Rd.
Xihu District
Hangzhou, China

Vance McMurry
508 Lookout Dr., Ste. 17-74
Richardson, TX 75080-2176

Steve Metzger
3626 N. Hall St., Ste. 800
Dallas, TX 75219-5133

Song Tianqing
Room12-204,ZhongdingShanzhuang
No.299 Zhongshanmen Avenue
Nanjing,Jiangsu,China

Song Tianqing
Room 12-204
Zhongding Shanzhuang
No. 299 Zhongshanmen Ave.
Nanjing, Jiangsu, China

Tianqing Song
Room 12-204, Zhongding Shanzhuang,
No.299 Zhongshanmen Avenue
Nanjing, Jiangsu, China

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

Vance McMurry
508 W. Lookout Drive.
Ste 17-74
Richardson, TX 75080-2176

WALL010,LLC
3926 Vista Woods Drive
Carrollton, TX 75007-2428

WU WEN
43#, No.165 Lane, Guiping Rd.,
Xuhui District, Shanghai, China

Chen Weizhao
c/o Liying Mao Zhongda Wenijinyuan,
Wen San Road, Room 1501, Unit2 Building8
Xihu Distric
Hangzhou, China

Wu Wen
43#, No. 165 Lane
Guipin Rd.,
Xuhui District
Shanghai, China

XU Gang
701-K1Shimaolijingcheng,Tianmushan Road
Hangzhou,China

Cao Ming Xi
c/o Yan Zhang
727# Yan Chang Rd.
Jingan District
Shaghai, China

Zhang Yan
727# Van Chang Rd.
Jingan District
Shanghai, China

Zhang Yan
727# Yan Chang Rd
Jingan DistrictShanghai, China

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Haonan Chen c/o Wenjun Wang
Room 2401,Unit 2,Building 3
Yu Cai Rd,
Kuang District, Yangquan, Shanxi, China

(u)Ji Lan
Room 202,Building No.1, Block A 13
Guangwaichezhan St.East,
Xicheng District, Beijing

(d)Larry Martin
3069 Waterside Circle
Boynton Beach, FL 33435-6401

(d)HR Sterling
2736 Trophy Club Drive
Trophy Club, TX 76262-3468

(d)Steve Metzger
3626 N. Hall Street
Suite 800
Dallas, TX 75219-5133

(d)Yang Hairuo
No.100 Lane, Yushan Rd
Room 1302, 9#
Pudong District, Shanghai, China

(d)Yang Liying
7-4-701 Wulin Garden,
No 112 Tianmushan Rd
Xihu District, Hangzhou, China

End of Label Matrix
Mailable recipients 31
Bypassed recipients 7
Total 38

Label Matrix for local noticing
0540-4
Case 22-41114
Eastern District of Texas
Sherman
Wed Oct 12 14:40:23 CDT 2022

Ling Guan
Room 101 Building 6
No. 458 East Hongkong Road
Laoshan District Qingdao

HR STerling
2736 Trophy Club Drive
Roanoke, TX 76262-3468

HU PING Care of Li Jiang. 1-5-401
NorthDormitory Haidian Health Bureau
Qinghe 3rd Street
Haidian District
Beijing, China

Hao Xiaodong
Room 4-1-302
Section 6 Shijicheng Yuandayuan
Yuanda Rd., Haidian District
Beijing, China

Weipeng He
G48242142Shanshui Wenyuan Hongyan Road
Chaoyang District
Beijing China

Ji Cun Xiang
Room 1-114 No.5
Cuiweidongli
Haiding District
Beijing, China

Song Jiaxin
Care of: Li Lin
Room 4-1-302 Section 6 Shijicheng
Yuandayuan Yuanda Rd. Haidian District
Beijing, China

Kong Weiji Care of Li Jiang. 1-5-401 Nor
Haidian Health Bureau
Qinghe 3rd Street
Haidian District
Beijing, China

LI YANXIA
Room 4-1-302 Section 6 Shijicheng
Yuandayuan Yuanda Rd.
Haidian District
Beijing, China

LIU YI Care of Yue Zhang
Room 1-304 Building No.9
Tianzhaojiayuan No.41 Xizhimen N street
Haidian District
Beijing China

Larry Martin
3069 Weterside Circle
Boynton Beach, FL 33435-6401

Li Lin
Kong Weiji
Care of Lin Li. Room 4-1-302 Section 6
Shijicheng Yuandayuan Yuanda Rd.
Haidian District, Beijing, China

Li Xiao Xia HU PING
Care of Li Jiang. 1-5-401
NorthDormitory Haidian Health Bureau
Qinghe 3rd Street, Haidian District
Beijing, China

Eric A Liepins
Eric A. Liepins, P.C.
12770 Coit Road
Suite 850
Dallas, TX 75251-1364

Mr Xu Gang And Zhou
701-K1 Shimaolijingchen
Tianmushan Road
Hangzhou China

Mr Xu Gang And Zhou
701-K1 Shimaolijingcheng?Tianmushan Road
Hangzhou China

Wu Peng
Care of Ying Zhou
15-3 Rongjin Yuan Taoyuan Town
Shenjiadian Community Xianlin Subdistric
Yuhang District Hangzhou China

Yang Shu Ping
Room 702 Unit 6 Building 2
Wulin Apartment No 3 Miduqiao Rd
Gongshu District, Hangzhou China

Yu Chenzhi Qin Qiao
Care of Qiao Qin.
1-202 No 12 Yiyuanjv No 4 Cuiwei Road
Haidian District
Beijin China

Tianqing Song
Room12-204 ZhongdingShanzhu ang
No.299Zhongshanmen Avenue
Nanjing Jiangsu China

Steve Metzger
3626 N Hall Street
Suite 800
Dallas, TX 75219-5133

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

Vance McMurry
508 W Lookout
Suite 17-14
Richardson, TX 75080-2176

WALL011, LLC
3926 Vista Woods Drive
Carrollton, TX 75007-2428

Wang Yuchen, Care of Yue Zhang.
Room 1-304 Building N 9 Tianzhaojiayuan
No.41 Xizhimen N street,
Beijing China

Kong Weiji
Care of Lin Li
Room 4-1-302 Section 6 Shijicheng
Yuandayuan Yuanda Rd. Haidian District
Beijing, China

Liu Yi
Care of Yue Zhang
Room 1-304 Building No.9
Tianzhaojiayuan No.41 Xizhimen N Street
Beijing China

Ying Zhou
15-3 Rongjin Yuan Taoyuan Town
Shenjiadian Community
Xianlin Subdistrict Yuhang District
Hangzho China

Zhang Yin Jing
1-6-501 No 9 Fangyuan Nanli
Chaoyang District
Beijing, China

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Rufeng Ding
Room 306 South Building Haiyue Mingmen
No 38 North Zaoying
Lane Maizidian

(u)Zou Jie
Room 1601 Building 7 Phase II
Yanlord Jiangwan City No199 Leshan Rd
Jianye District

(u)LICHUNYU Care of Rufeng Ding.
Room 306 S Builing Haiyue
No 38 North Zaoying Lane
North Zaoying
Maizidian, Maizidian

(u)Gao Lin
A-102 Chunshen Chuangyi Yuan
No 228 Meifu Road Minhang District
Shanghai

(d)Ling Guan
Room 101 Building 6
No. 458 East Hongkong Road
Laoshan District Qingdao

(u)Ms Gao Lin
A-102 Chunshen Chuangyi Yuan
No 228 Meifu Road
Minhang District
Shanghai

(u)Rufeng Ding
Rufeng Ding
Room 306 South Building Haiyue Mingmen
No 38 North Zaoying Lane, Maizidian

(d)Song Jiaxin Care of: Li Lin
Room 4-1-302
Section 6 Shijicheng Yuandayuan
Yuanda Rd. Haidian District
Beijing, China

(u)Tianqing Song
Room12-204 ZhongdingShanzhuang
No.299ZhongshanmenAvenueNanjing
JiangsuChina

(d)Kong Weiji
Care of Li Jiang
1-5-401 Nor Haidian Health Bureau Qinghe
3rd Street Haidian District
Beijing, China

(d)Weipeng He
G48242142Shanshui Wenyuan Hongyan Road
Chaoyang District
Beijing China

(u)Wu Peng
Care of Ying Zhou. 15-3 Rongjin Yuan
Taoyuan Town Shenjiadian Community
Xianlin Subdistrict, Yuhang District
Hangzhou Chine

(d)Hao Xiaodong
Room 4-1-302 Section 6 Shijicheng
Yuandayuan Yuanda Rd., Haidian District
Beijing, China

(d)Yang Shu Ping
Room 702 Unit 6 Building 2
Wulin Apartment No 3 Miduqiao Rd
Gongshu District
Hangzhou China

(d)Li Yanxia
Room 4-1-302 Section 6 Shijicheng
Yuandayuan Yuanda Rd. Haidian District
Beijing, China

(d)Yu Chenzhi
Qin Qiao Care of Qiao Qin.
1-202 No 12 Yiyuanjv
No 4 Cuiwei Road Haidian District
Beijin China

(d)Wang Yuchen
Care of Yue Zhang
Room 1-304 Building N 9
Tianzhaojiayuan No.41 Xizhimen N Street,
Beijing China

(u)Zhang Jun

(d)Ying Zhou
15-3 Rongjin Yuan Taoyuan Town
Shenjiadian Community
Xianlin Subdistrict Yuhang District
Hangzho China

(du)Zou Jie
Room 1601 Building 7 Phase II
Yanlord Jiangwan City
No199 Leshan Rd Jianye District

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 30 |
| Bypassed recipients | 20 |
| Total | 50 |

Label Matrix for local noticing
0540-4
Case 22-41135
Eastern District of Texas
Sherman
Wed Oct 12 14:42:56 CDT 2022

Jiansheng Chen
Building 68 Tianzhu Jiayuan
Pinghe Rd.
Suzhou, China

Xiaoquan Dai
12-508 Meixing Yuan
Shang Meilin
Futian District
Shenzhen, China

Pengfei Dong
Baoshan Room 801, No. 53, Lane 1859
Sanquan Road
Baoshan District
Shanghai, China

Yan Feng
54# No. 219
Gaomuqizo Road
Pudong District
Shanghai, China

Feng Yan
#54, No 219, Gaomuqiao Road
Pudong District
Shanghai, China

Gao Huaizhen
c/o William A. Pigg, PLLC
10455 N. Central Expressway, Suite 109
Dallas, Texas 75231-2215

HR Sterling
13901 Midway Raod
Suite 102
Dallas, TX 75244-4388

Gao Huaizhan
Chang Zhou
Room 802, Unit Jai, Building 4
Dongpo Yajv, Tianning District
Changzhou, Jiangsu, China

Gao Huaizhen
c/o William A Pigg, PLLC
10455 N Central Expressway
Suite 109
Dallas, TX 75231-2215

Li Jiang
EA36810291-5-401, North Dormitory
Haidan Health Bureau
Qinghe 3rd Street, Haidan District
Beijing, China

Ou Jiang
B-2508 Huarun Dasha
No 1366 Qianjin Road
Jiaggan District
Hangzhou, China

Jie Feng Lu
c/o Zhang Heng, Room 503 Building 10
Yichengmingyuan, BDA, Daxing District
Beijing, China

Ma Jinghui
c/o William A Pigg, PLLC
10455 N Central Expwy
Suite 109
Dallas, TX 75231-2215

Jinzhe Wu
Apt 4-2-2702 Tianlinyuan Gulou West St.
Nankai District Tianjin, China

Yin Wen Juan
Room 1501 Unit 12
Yulan Gongguan North Rongchuang
Daning
Shahghi, China

Kang Ying Mao
11-2702 Langqin Yuan,
South shoupakou Street, Xicheng District
Beijing, China

Kong Weiji
c/o Jiang Li EA36810291-5-401
North Dormitory, Haidian Health Bureau
Qinghe 3rd street, Haidan District
Beijing, China

Larry Martin
3069 Waterside Circle
Boynton Beach, FL 33435-6401

Wanwan Li
Room 501, Unit 1, Building 32
Xixi Zhixing
Wunchang Jiedao Yuhang District
Hangzhou Zhejiang China

Li Jiang
EA36810291-5-401, North Dormitory
Haidan Health Bureau, Qinghe 3rd Street
Haidian Distrcit, Beijing, China

Li Ruiling
c/o Zhang Heng, Room 503, Building 10
Yichengmingyuan, BDA, Daxing District
Beijing, China

Eric A Liepins
Eric A. Liepins, P.C.
12770 Coit Road
Suite 850
Dallas, TX 75251-1364

Yating Lin
c/o Lin Yaohua
E20859729 Jiayong, Xiangang Simapu
Chaonan District
Shantou City, China

Lui Yadan
Room 2008, Building 10, Cuiwei Xili
Wanshou Road, Haidian District, China

Miss Gao Huaizhan Chang Zhou
Room 802, Unit Jai, Building 4
Dongpo Yajv, Tianning District
Changzhou, Jiangsu, China

Ou Jiang
B-2508. Huarun Dasha, No 1366
Qianjiang Road, Jiaggan District
Hangzhou, China

William A Pigg
William A. Pigg, PLLC
10455 N. Central Expressway
Suite 109
Dallas, TX 75231-2215

Yang Shu Ping
Room 702 Unit 6 Building 2
Wulin Apartment No 3 Miduqiao Road
Gongshu District, Hangzhou China

Li Ruiling
c/o Heng Zhang
Building 10, Room 503
Yichengmingyuan BDA, Daxing District
Beijing, China

Steve Metzger
3626 N Hall Street
Suite 800
Dallas, TX 75219-5133

Wanjia Sun
E908414012-1-202 Shimao Aolin Garden
No. 1, Qinglin Road
Chaoyang District
Beijing, China

Yong Sun
c/o Cai Hua,
E908414012-1-202 Shimao Aoling Garden
No. 1 Qinglin Road
Chaoyang District Beijing, China

Wanjia Sun, c/o Cai Hua
E908414012-1-202 Shimao Aolin Garden
No 1 Qinglin Road
Chaoyang District
Beijing, China

Yi Tang
1-3-701, Shimao Aolin,
No. 1 Qinglin Rd.
Beijing, China

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

Vance McMurray
508 W. Lookout Drive
Ste. 17-74
Richardson, TX 75080-2176

WALL012, LLC
3926 Vista Woods Drive
Carrollton, TX 75007-2428

Weisi Wang
E2805164 Room 103
Unit 1, Building 7, Yunti Hutong
Xicheng District
Beijing, China

Wanwan Li
Room 501, unit 1, Building 32
Xixi Zhixing, Wuchang Jiedao Yuhang
District, Hangzhou Zhejiang China

Kong Weiji, c/o Jiang Li
EA36810291-5-401 North Dormitory
Haidan Health Bureau
Qinghe 3rd Street, Haidan District
Beijing, China

Xuxinrong
c/o Kangying Mao
11-2702, Langqin Yuan
South Shoupakou St., Xicheng District
Beijing, China

Lui Yadan
Room 2008, Building 18
Cuiwei Zili
Wanshou Road
Haidan District, China

Yan Feng
54# No. 219 Gaomuqiao Road
Pudong District, Shanghai, China

Qu Yi
c/o William A Pigg, PLLC
10455 N Central Expwy
Suite 109
Dallas, TX 75231-2215

Ying Zhang
1-6-509, No. 9 Fangyuan Nanli
Chaoyang District
Beijing, China

Yong Sun
c/o Cai Hua, E908414012-1-202
Shimao Aolin Garden No. 1 Qinglin Road
Chaoyang District Beijing, China

Sun Yun
c/o William A Pigg, PLLC
10455 N Central Expwy
Suite 109
Dallas, TX 75231-2215

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Jiancheng Chen
Building 68 Tianzhu Jiayuan, Pinghe Rd
Suzhou, China

(d)Pengfei Dong Baoshan
Room 801, No. 53, Lane 1859
Sanquan Road, Baoshan District
Shanghai, China

(d)Wanjia Sun
c/o Cai Hua, E908414012-1-202
Shimao Aolin Garden No. 1
Qinglin Road, Chaoyang District
Beijing, China

(d)Weisi Wang
E2805164 Room 103, Unit 1
Building 7, Yunti Hutong
Xicheng District, Beijing, China

(d)Jinzhe Wu
Apt 4-2 2702 Tianlinyuan Gulou West St.
Nankai District
Tianjin, China

(d)Xiaoquan Dai
12-508 Meixing Yuan, Shang Meilin
Futian District
Shenzhen, China

(d)Yang Shu Ping
Room 702, Unit 6, Building 2,
Wulin Apartment No. 3, Miduqiao Road
Gongshu District, Hangzhou, China

(d)Yating Lin
c/o Lin Yaohua,
E20859729 Jiayong, Xiangang Simapu
Chaonan District, Shantou City
China

(d)Yi Tang
1-3-701, Shimao Aolin, No. 1 Qinglin Rd
Beijing, China

(d)Yin Wen Juan
room 1501 Unit 12, Yulan Gongguan
north Rongchuang Daning
Shahghi, China

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 48 |
| Bypassed recipients | 10 |
| Total | 58 |

Label Matrix for local noticing
0540-4
Case 22-41136
Eastern District of Texas
Sherman
Wed Oct 12 14:42:14 CDT 2022

Yulan Chen
Room 12-303
No. 1065
Gu Long Road
Shanghai, China

Qin Chu
No. 13 Plant Builiding, 8 Hangdu Rd.,
Damaiwan Industrial District
Hangtou Town Pudong New Area
Shanghai, China

Chu Yinghan c/o Qin Chu
No.13 Plant Building,No 8 Hangdu Rd,
DamaiwanIndustrial District,Hangtou Town
Pudong New Area,Shanghai,China

Di Tang
F05-05C,Fenglin Lvzhou,Datun Rd.,
Chaoyang District,Beijing,China

Guan Peiling
#6101 Building 1, No.36
Zengguang Road,
Beijing,China

Guo Ying c/o Jun Zeng
Room 232, No.21 Er Wei Rd.,
Shen He District, Shenyang City,
Liao Ning Province, China

HR Sterling
2736 Trophy Club Drive.
Trophy Club, TX 76262-3468

Haiming Xu
6-4-901
Jiangshuyuan, Chunjiang Huayue,
Hangzhou, Zhejiang, China

Gao Huaizhen
c/o William A Pigg, PLLC
10455 N Central Expressway
Suite 109
Dallas, TX 75231-2215

Li Jiang
1-5-401, North Dormitory
Haidan Health Bureau
Qinghe 3rd Street, Haidan District
Beijing, China

Ma Jinghui
c/o William A Pigg, PLLC
10455 N Central Expwy
Suite 109
Dallas, TX 75231-2215

Jun Wang
Rm 1602, No.38, Shanglongxili Community,
Anding Menwai Street,
Dongcheng District,Beijing,China

Weijia Kong
Room 615, Building No.28
West Area Xicheng District
Beijing, China

Zang Yu Lan
Rm. 1103 No. 18 Bainwanzhuang Rd.
Xicheng District
Beijing, China

Larry Martin
3069 Waterside Circle
Boynton Beach, FL 33435-6401

Li Baihe c/o Jun Zeng
Room 232, No.21 Er Wei Rd.,
Shen He District, Shenyang City,
Liao Ning Province, China

Li Jiang
1-5-401,North dormitory
Haidian Health Bureau, Qinghe 3rd Street
Haidian District, Beijing,China

Eric A Liepins
Eric A. Liepins, P.C.
12770 Coit Road
Suite 850
Dallas, TX 75251-1364

Zhou Ning
c/o Kui Wang
Rm. 103, No. 18
Bainwanzhuang Rd.
Xicheng District, Beijing, China

William A Pigg
William A. Pigg, PLLC
10455 N. Central Expressway
Suite 109
Dallas, TX 75231-2215

Qin Chu
No.13 Plant Building,No 8 Hangdu Rd.,
DamaiwanIndustrial District,Hangtou Town
Pudong New Area,Shanghai,China

Qin Chu c/o Qin Chu
No.13 Plant Building,No 8 Hangdu Rd.,
DamaiwanIndustrial District,Hangtou Town
Pudong New Area,Shanghai,China

Qin Zhao c/o Jialin Hu
o.7 Longteng Rd., Maoshan Industrial
Zone, Jiangshan County,
Yinzhou District, Ningbo,Zhejiang, China

Qiuhua Wu c/o Jinqiu Tang
4-1804,Ronghui Jiangshan,No 289
West Yangqiao Rd,
Fuzhou,Fujian,China

Weipeng He Rosemead
Shanshui Wenyuan
Hongyan Road
Chaoyang District
Beijing, China

Sicheng Zhan
3001 Biyadi Road,
Pingshan District, Shenzhen,
Guangdong, China

Steve Metzger
3626 N. Hall Street
Suite 800
Dallas, TX 75219-5133

Yun Sun
Rm 302, No. 10 Caixiang Rd.
Gusu District
Suzhou, Jiangsu, China

Sun Yun
c/o William A. Pigg, PLLC
10455 N. Central Expressway, Suite 109
Dallas, Texas 75231-2215

Di Tang
F05-05C, Fenglin Lvzhou
Daturn Rd.
Chaoyang District
Beijing, China

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

Vance McMurry
508 W. Lookout Drive
Suite 17-74
Richardson, TX 75080-2176

WALL016, LLC
3926 Vista Woods Drive
Carrollton, TX 75007-2428

Wang Huiming c/o Jun Zeng
Room 232, No.21 Er Wei Rd.,
Shen He District, Shenyang City,
Liao Ning Province, China

Wang Jun
No.13 Plant Building,No 8 Hangdu Rd.,
DamaiwanIndustrial District,Hangtou Town
Pudong New Area,Shanghai,China

Weijia Kong Huaishu c/o: Li Jiang
1-5-401 North dormitory,
Haidian Health Bureau, Qinghe 3rd Street
Haidian District, Beijing,China

Haiming Xu
6-4-901 Jiangshuyuan
Chunigiang Huayue
Hangzhou, Zhejiang, China

Qu Yi
c/o William A Pigg, PLLC
10455 N Central Expwy
Suite 109
Dallas, TX 75231-2215

Chu Yinghan, c/o Qin Chu
No. 13 Plant Buidling No. 8
Hangdu Rd. Damaiw Industrial District
Hangtou Town Pudong New Area
Shanghai, China

Zhang Yue
Room 1-304, Building No. 9
Tianzhaojiayuan,
No. 41 Zizhiment N. Street
Haidian District, China

Sun Yun
c/o William A Pigg, PLLC
10455 N Central Expwy
Suite 109
Dallas, TX 75231-2215

Yun Sun
Rm302,No 10 Caixiang Rd
Gusu District,Suzhou,Jiangsu, China

Zang Yu Lan c/o Kui Wang
Rm 1103, No.18, Baiwanzhuang Rd.,
Xicheng District,Beijing,China

Sicheng Zhan
3001 Biyadi Road
Pingshan District, Shenzhen
Guandong, China

Zhang Yue
Room 1-304, Building No.9
Tianzhaojiayuan, No.41 Xizhimen N street
HaidianDistrict,China

Zhou Ning D c/o Kui Wang
Rm 1103, No.18, Baiwanzhuang Rd.,
Xicheng District,Beijing,China

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Guan Peiling
#6101 Building 1, No. 36
Zengguang Road
Beijing, China

(d)Weipeng He Rosemead
Shanshui Wenyuan, Hongyan Road
Chaoyang District, Beijing, China

(d)Qiuhua Wu, c/o Jinqiu Tang
4-1804, Ronghui Jiangshan
No. 289 West Yangqiao Rd.
Fuzhou, Fujian China

(d)Guo Ying, c/o Jun Zeng
Room 232, No. 21 Er Wei Rd.
Shen He District
Shenyang City
Liao Ning Province, China

(d)Yulan Chen
Room 12-303, No.1065,
Gu Long Road, Shanghai,China

(d)Qin Zhao, c/o Jialin Hu
o.7 Longteng Rd, Maoshan Industrial Zone
Jiangshan County
Yinzhou District
Ningbo, Zhejiang, China

End of Label Matrix
Mailable recipients 47
Bypassed recipients 6
Total 53

Label Matrix for local noticing
0540-4
Case 22-41137
Eastern District of Texas
Sherman
Wed Oct 12 14:41:43 CDT 2022

Fuqing Chen
5 Yi-808, Qianhe Gardent
No. 108 Beisihuan Donglu
Chaoyang District
Beijing, China

Qin Chu
No. 13 Plant Builiding, 8 Hangdu Rd.,
Damaiwan Industrial District
Hangtou Town Pudong New Area
Shanghai, China

Du Hui Ting
c/o Cai Hua 2-2-202
2-1-202 Shimao Aolin Garden No 1 Qinglin
Chaoyang District, Beijing China

Fan Xiaomin Jing Shi
E-8D, Huating Jiayuan No 6
Beisihuan Zhonglu
Chaoyang District, Beijing, China

Fei Gao
No.65, Xisi
Bei'ertiao,
Xicheng District,
Beijing, China

Zhong Guo Feng
2-2-7C, No. 9 Beiwa Road
Haidian District
Beijing, China

Fu Hanjiang
1-1-201 Yaojiang Fucum
Shangcheng District
Hangzhou, Zhejiang, China

Fuqing Chen
5 Yi -808, Qianhe Garden,
No.108 Beisihuan Donglu,
Chaoyang District, Beijing, China

Fei Gao
No. 65
Xisl Bei'ertiao
Xicheng District
Beijing, China

Guoqin Zhou
22-2, Xinda Yinjun Xiangyuan,
No.777 Xijiao Rd.,Yuecheng District,
Shaoxing City, Zhejiang Province, China

HR Sterling
13901 Midway Raod
Suite 102
Dallas, TX 75244-4388

Yang Hairuo
9-1302, No. 100 Lane, Yushan Rd.
Pudong District
Shanghai, China

Hairuo Yang c/o Hairuo Yang
9-1302, Lane 100, Yushan Road,
Pudong District, Shanghai, China

He Dian Hong Ina
c/o Zhu Xiangdong, 2-8-1705
Lvdi Haiwaitan Garden, Yunfei Road
Jiangbei District, Ningbo, Zhejiang,
China

Gao Huaizhen
c/o William A Pigg, PLLC
10455 N Central Expressway
Suite 109
Dallas, TX 75231-2215

Li Huijun
c/o Sun Nanjin
Room 1804, Block 11 Hanlinyuan
608 Linquan St.
Suzhou Industrial Park, Jiangsu China

Tang Di Ina
F05-05C, Fenglin Lyzhou
Daturn Rd.
Chaoyang District
Beijing, China

Jiaxiang Lu.
Zone 1-196, Luojiazhuang Xiyuan,
Wenxin Community, Xihu District,
Hangzhou, Zhejiang, China

Ma Jinghui
c/o William A Pigg, PLLC
10455 N Central Expwy
Suite 109
Dallas, TX 75231-2215

Jun Cai
c/o Zhu Xiangdong, 2-8-1705
Lvdi Haiwaitan Garden, Yunfei Road
Jiangbei District, Ningbo Zhejiang China

Larry Martin
3069 Waterside Circle
Boynton Beach, FL 33435-6401

Li Hongsheng
c/o Ding Fang, No. 2. Lane 218
Xiuyan Xi Road, Pudong
Shanghai, China

Eric A Liepins
Eric A. Liepins, P.C.
12770 Coit Road
Suite 850
Dallas, TX 75251-1364

Xu Hai Long
c/o Cal Hua
2-1-202, Shimao Aolin Garden
No. 1 Qinglin Road
Chaoyang District, Beijing China

Jiaxiang Lu
Zone 1-196, Luozjizhuang Xiyuan
Wenxin Community
Xihu District
Hangzhou, Zhejiang, China

Luo Ai Guo
2-2-1401, Xiyuan Jialvjingyuan
Dongxiyuan, Xihu District
Hangzhou, Zhejiang, China

Ma Jinghui
c/o William A. Pigg, PLLC
10455 N. Central Expressway, Suite 109
Dallas, Texas 75231-2215

William A Pigg
William A. Pigg, PLLC
10455 N. Central Expressway
Suite 109
Dallas, TX 75231-2215

Qin Chu
No.13 Plant Building,No 8 Hangdu Rd.,
DamaiwanIndustrial District,Hangtou Town
Pudong New Area,Shanghai,China

Qu Yi
c/o William A. Pigg, PLLC
10455 N. Central Expressway, Suite 109
Dallas, Texas 75231-2215

Ruiling Xiao
1-5-101, No.89,
Beisihuan Donglu,
Chaoyang District, Beijing, China

Song Jia Yu c/o Cai Hua
2-1-202,Shimao Aolin Garden,
No 1 Qinglin Rd.,
Chao yang District,Beijing, China

Steve Metzger
3626 N Hall Street
Suite 800
Dallas, TX 75219-5133

Sun Yun
c/o William A. Pigg, PLLC
10455 N. Central Expressway, Suite 109
Dallas, Texas 75231-2215

Tang Di Ina
F05-05C,Fenglin Lvzhou,Datun Rd,
Chaoyang District,Beijing, China

Wanj ia Sun Tulsa
E908414012-I-022 Shimao Aolin Garden
No. 1 Qinglin Road
Chaoyang District
Beijing, China

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

Vance McMurray
508 W. Lookout Drive
Ste. 17-74
Richardson, TX 75080-2176

WALL017, LLC
3926 Vista Woods Drive
Carrollton, TX 75007-2428

Ying Wai
13-5-502 Yuefu Jiangman
Ongding Road
Haidan District
Beijing, China

Wang Baohu
c/o Ding Fang, No. 2. Lane 218
Xiuyan Xi Road, Poudong
Shanghai, China

Wang Yun
c/o Ding Fang, No2, Lane 218
Xiuyan Xi Road, Poudong
Shanghai, China

Wanj ia Sun Tulsa
E908414012-1-202,Shimao Aolin Garden,
No 1 Qinglin
Road,
Chaoyang District,Beijing, China

Xiaomin Fan
E-8D, Huating Jiayuan,
No. 6 Beisihuan Zhonglu,
Chaoyang District, Beijing, China

Xu Chao
6A-1203 Nuode Int'l Quanhai-Yanhu Lukou
Nanshan District
Shenzhen, Guangdong, China

Xu Hai Long c/o Cai Hua
2-1-202,Shimao Aolin Garden,
No 1 Qinglin
Road,
Chaoyang District,Beij ing, China

Yang Hairuo
9-1302, Lane 100, Yushan Road,
Pudong District, Shanghai, China

Qu Yi
c/o William A Pigg, PLLC
10455 N Central Expwy
Suite 109
Dallas, TX 75231-2215

Yi Qu
F/6 South Building, Suyue Plaza,
Suzhou Industrial Park, Suzhou City,
Jiangsu Province, China

Ying Wai
13-3-502, Yuefu Jiangnan,
No.Yi-I, $ Y ongding Road,
Haidian District, Beijing, China

Song Jia Yu
c/o Cal Hua
2-1-202 Shimao Aolin Garde
No. 1 Qinglin Rd., Chao Yang District
Beijing, China

Sun Yun
c/o William A Pigg, PLLC
10455 N Central Expwy
Suite 109
Dallas, TX 75231-2215

Xiaomin Zen
E-8D, Huating Jiayan
No. 6 Beisihuan Zhonghu
Chaoyang District
Beijing China

Zhangzong
c/o Ding Fang, no 2 Lane 218
Xiuyan Xi Road, Pudong
Shanghai, China

Zhong Guo Feng
2-2-7C, No.9 Beiwa Road,
Haidian District,Beij ing,China

Guogin Zhou
22-2, Xinda Yinjun Xiangyuan
No. 777 Xijao Rd., Yuecheng District
Shaoxing City
Zhejiang Province, China

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Fei Gao
No.65, Xisi Bei'ertiao,
Xicheng District, Beijing, China

(u)Jie Fang Lu c/o Zhang Heng.
Rm
503,Building
10,
Yichengmingyuan, BDA
Daxing District,Beijing 10017 6

(d)Li Huijun c/o Sun Nanjin
Room 1804, Block 11, Hanlinyuan,
608 Linquan St.
Suzhou Industrial Park,Jiangsu China.

(u)Jie Fang Lu
c/o Zhang Heing, Rm. 503, Building 10
Yichengmingyuan BDA
Daxing District, Beijing 10017 +

(d)Ruiling Xiao
1-5-101, No. 89
Beisihuan Donglu
Chaoyang District
Beijing, China

(d)Hairuo Yang
c/o Hairuo Yang
9-1302, Lane 100, Yushan Road
Pudong District
Shanghai, China

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 57 |
| Bypassed recipients | 6 |
| Total | 63 |

Label Matrix for local noticing
0540-4
Case 22-41176
Eastern District of Texas
Sherman
Wed Oct 12 14:44:16 CDT 2022

Beyond Barcode
1266 Delancy Dr.
Matthews, NC 28104-8098

Cunxiang Ji
Room 1-114, No. 5 Cuiweidongli
Haiding District
Beijing, China

Gao Eijing
No. 65 Xisi Beiertiao
Xichng District
Beijing, China

Fan Xiaomin Yuan
E-8D, Huating Jiayuan, No. 6
Beisihuan Zhouglu
Chaoyang District, Beijing, China

Fu Hanjiang
1-1-201 Yaojiang Fucun
Shangdren District
Hangzhon, Zhejiang, China

Gao Fei Eijing
no. 65 Xisi Beiertiao
Xicheng District, Beijing China

HR Sterling
13901 Midway Raod
Suite 102
Dallas, TX 75244-4388

Fu Hanjiang
1-1-201 Yaojiang Fucum
Shangcheng District Hangzhou
Zhejing, China

Weipeng He
Shanshui Wenyuan, Hongyan Road
Chaoyang District
Beijing, China

Gao Huaizhen
c/o William A Pigg, PLLC
10455 N Central Expressway
Suite 109
Dallas, TX 75231-2215

Cunxiang Ji
Room 1-114, No5
Cuiweidongli Haiding District
Beijing, China

Ma Jinghui
c/o William A Pigg, PLLC
10455 N Central Expwy
Suite 109
Dallas, TX 75231-2215

Kang Yun Xun
c/o Han Jiang Fu
1-1-201 Yaojiang Fucen, Shangcheng Dist
Hangzhou, Zhejiang China

Larry Martin
3069 Waterside Circle
Boynton Beach, FL 33435-6401

Leili Yuan
c/o Weipeng He Shanshui Wanyuan
Hongyan Road, Chaoyang District
Beijing, China

Eric A Liepins
Eric A. Liepins, P.C.
12770 Coit Road
Suite 850
Dallas, TX 75251-1364

Ling Guan Qingdao
6-101. No 458 East Hong Kong Road
Laoshan District
Qingdao, Shandong, China

Mr. Li Zhenhua
3F Suite B, RCDL Culture & Creative
Industrial Base, no. 5, CuangShunBeiJie
Chaoyang district, Beijing, China

William A Pigg
William A. Pigg, PLLC
10455 N. Central Expressway
Suite 109
Dallas, TX 75231-2215

Ping Chen
Room 1301 Unit 95, Yuhuxian
No. 85 Xingzhou Street
Gongyeyain District, Suzhou, China

Qu Yi
c/o William A. Pigg, PLLC
10455 N. Central Expressway, Suite 109
Dallas, Texas 75231-2215

Rongping Wu
1-1-401, No. 104 Kaixuan Road
Jianggan District
Hangzhou, Zhejiang, China

Wang Wei Si
Room 103, Unit 1 Builiding 7,
Yunti Huti, Xicheng District
Zhejiang, China

Steve Metzger
3626 N Hall Street
Suite 800
Dallas, TX 75219-5133

Sun Yun
c/o William A. Pigg, PLLC
10455 N. Central Expressway, Suite 109
Dallas, Texas 75231-2215

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

Vance McMurray
508 W. Lookout Drive
Ste. 17-74
Richardson, TX 75080-2176

WALL018,LLC
3926 Vista Woods Drive
Carrollton, TX 75007-2428

Wang Wei Si
Room 103, Unit 1 Building 7
Yunti Huting, Xicheng District
Beijing, China

Weipeng He
Shanshui Wenyuan, Hongyan Road
Chaoyand District
Beijing, China

Xu Yue
C-1801 No. 98 Jianguo Roadg
Chaoyand District
Beijing, China

Qu Yi
c/o William A Pigg, PLLC
10455 N Central Expwy
Suite 109
Dallas, TX 75231-2215

Yongui Chen
c/o Shun Zhang,
C-1704 Jintian Yifengyuan Futian Distric
Shenzhen, Guangdong, China

Youhong Zhu
56-2-402 Qiushi Xincun, Xihu District
Hangzhou, Zhejiang, China

Xu Yue
C-1801 No. 98 Jianguo Road
Chaoyang District
Beijing, China

Yue Xu
C-1801 No. 98 Jiangua Road
Chaoyang District
Beijing, China

Sun Yun
Room 302, No. 10 Caixiang Road
Gusu District, Suzhou
Jiangsu, China

Sun Yun
c/o William A Pigg, PLLC
10455 N Central Expwy
Suite 109
Dallas, TX 75231-2215

Yun Sun
Room 302, No. 10 Caixiang Road
Gusu District
Suzhou, Jiangsu, China

Zhangshun
C-1704 Jingtan Yifengyuan
Fuitian District
Shenzhen Guangdon, China

Zhangshun
C-1704 Jingtian Yifengyuan
Fuitian District, Shenzhen Guangdong
China

Youhong Zhu
56-2-402 Quishi Xincun
Xihu District Hangzhou
Zhejiang, China

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Beyond Barcode
1266 Delancy Dr
Matthews, NC 28104-8098

(d)Ling Guan Qingdao
6-101 No. 458 East Hong Kong Road
Laoshan District
Qingdao, Shandong, China

(d)Rongping Wu
1-1-401, No. 104 Kaixuan Road
Jianggan District
Hangzhou, Zhejiang, China

(d)Kang Yun Xun
c/o Han Jiang Fu
1-1-201 Yaojiang Fucen
Shangcheng Dist
Hangzhou, Zhejiang China

(d)Fan Xiaomin Yuan
E-8D, Huating Jiayuan, No. 6
Beisihuan Zhouglu Chaoyang District
Beijing, China

(d)Leili Yuan
c/o Weipeng He
Shanshui Wanyuan Hongyan Road
Chaoyang District
Beijing, China

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 43 |
| Bypassed recipients | 6 |
| Total | 49 |

Label Matrix for local noticing
0540-4
Case 22-41177
Eastern District of Texas
Sherman
Wed Oct 12 14:43:36 CDT 2022

Ying Ding
11-7-13-1 Huayan Sanli
Fengtai District
Beijing, China

HR Sterling
13901 Midway Road, Suite 102
Dallas, TX 75244-4388

HR Sterling
13901 Midway Raod
Suite 102
Dallas, TX 75244-4388

Shaoli Hu
Shanshui Wenyuan,
Hongyan Road
Chaoyang District
Beijing, China

Xiao Ruiling Jing
56-101 N. 200 Lane Jianghua Road
Minghang District
Shanghai, China

Xu Kan
701 K1 Shimaolijingcheng Tianmushan Rd,
Hangzhou
Zhejiang, China

Larry Martin
3069 Waterside Circle
Boynton Beach, FL 33435-6401

Eric A Liepins
Eric A. Liepins, P.C.
12770 Coit Road
Suite 850
Dallas, TX 75251-1364

Ling Zhong
59-101, No 200 Lane
Jianghua Road, Minghang District
Shanghai, China

Shafang Luo
c/o Ling Zhong
3710 Evergreen Trail
Blacksburg, VA 24060-5369

Vance McMurray
508 W. Lookout Dr., Ste. 17-74
Richardson, TX 75080-2176

Steve Metzger
3626 N. Hall St., Ste. 800
Dallas, TX 75219-5133

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

WALL019,LLC
3926 Vista Woods Drive
Carrollton, TX 75007-2428

Yijing Wu
4-4-1403 Huafangyicheng No 29 Qingian Rd
Chaoyan District
Beijing, China

Xiao Ruiling Jing
59-101 No. 200 Lane
Jianghua Road, Minghang District
Shanghai, China

Yijing Wu
4-4-1403 Huafangyicheng
No 29 Qingian Rad, Chaoyan District
Beijing, China

Ying Ding
11-7-13-1 Huayuan Sanli
Fengtai District
Beijing, China

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Larry Martin
3069 Waterside Circle
Boynton Beach, FL 33435-6401

(d)Shafang Luo
c/o Ling Zhong
3710 Evergreen Trail
Blacksburg, VA 24060-5369

(d)Shaoli Hu
Shanshui Wenyuan, Hongyan Road
Chaoyang District
Beijing, China

(d)Steve Metzger
3626 N Hall Street
Suite 800
Dallas, TX 75219-5133

(d)Vance McMurray
508 W. Lookout Drive
Ste. 17-74
Richardson, TX 75080-2176

(d)Xu Kan
701 K1 Shimaolijingcheng
Tianmushan Rd, Hangzhou
Zhejiang, China

(d)Ling Zhong
59-101, No 200 Lane Jianghua Road
Minghang District
Shanghai, China

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 19 |
| Bypassed recipients | 7 |
| Total | 26 |