C. Alan Carrillo
Texas Bar No. 24109693
alan@brownfoxlaw.com
**BROWN FOX PLLC**
8111 Preston Road, Suite 300
Dallas, Texas 75225
T: 214.327.5000

*Attorneys for Receiver Cortney C. Thomas*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-41049 |
| WALL007, LLC, | § | |
| | § | Chapter 11 |
| Debtor. | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that the undersigned attorney is appearing as counsel of record for receiver, Cortney C. Thomas ("Receiver"), and pursuant to 11 U.S.C. §§ 342 and 1109(b) and FED. R. BANKR. P. 2002, 9007, and 9010, hereby request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon Creditor by and through:

C. Alan Carrillo
alan@brownfoxlaw.com
**BROWN FOX PLLC**
8111 Preston Road, Suite 300
Dallas, Texas 75225
T: 214.327.5000

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notice is neither intended to be nor is it a consent of Receiver to the jurisdiction of the Bankruptcy Court, nor shall it be deemed to be a waiver of Receiver's rights.

Dated: July 29, 2025

Respectfully submitted,

By: */s/ C. Alan Carrillo*

C. Alan Carrillo
Texas Bar No. 24109693
alan@brownfoxlaw.com
**BROWN FOX PLLC**
8111 Preston Road, Suite 300
Dallas, Texas 75225
T: 214.327.5000
F: 214.327.5001

*Attorneys for Receiver Cortney C. Thomas*

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 29, 2025, true and correct copies of the foregoing were served via electronic service through the Court's CM/ECF system on all parties entitled to notice thereof.

*/s/ C. Alan Carrillo*
C. Alan Carrillo