C. Alan Carrillo
Texas Bar No. 24109693
alan@brownfoxlaw.com
**BROWN FOX PLLC**
8111 Preston Road, Suite 300
Dallas, Texas 75225
T: 214.327.5000

*Attorneys for Receiver Cortney C. Thomas*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-41049 |
| WALL007, LLC, | § | |
| | § | Chapter 11 |
| Debtor. | § | |

**NOTICE OF ORDER LIFTING LITIGATION STAY**

On October 19, 2022, Cort Thomas, the Court-appointed Receiver in *Securities and Exchange Commission v. Timothy Barton*, *et al.*, 22-CV-2118-X, in the United States District Court for the Northern District of Texas ("District Court Case"), filed Receiver's Notice of Stay [Dkt. 37] in this pending case (the "Lead Bankruptcy Case").

On June 20, 2025, the Receiver filed a Motion to Lift Litigation Stay in the District Court Case [District Court Case, Dkt. 648] and requested an order lifting the stay of this Lead Bankruptcy Case and nine other jointly-administered bankruptcy cases for the limited purpose of allowing the bankruptcy court to consider U.S. Trustee's Motion to Convert or Dismiss with Prejudice Pursuant to 11 U.S.C. § 1112(b), or In the Alternative, For the Appointment of a Chapter 11 Trustee to 11 U.S.C. § 1104, or For Other Relief, with Waiver of 30-Day Hearing Requirement, which was filed in the Lead Bankruptcy Case on October 13, 2022.

On July 28, 2025, Judge Starr entered an Order Granting Receiver's Motion to Lift Litigation Stay in the District Court Case [District Court Case, Dkt. 660] ("Order"), which is

attached to this Notice as **Exhibit A**. The Order allows the Receiver to "take all steps that he deems appropriate and necessary to effectual the dismissal of the Bankruptcy Cases."

Dated: July 30, 2025

Respectfully submitted,

By: */s/ C. Alan Carrillo*

C. Alan Carrillo
Texas Bar No. 24109693
alan@brownfoxlaw.com
**BROWN FOX PLLC**
8111 Preston Road, Suite 300
Dallas, Texas 75225
T: 214.327.5000
F: 214.327.5001

*Attorneys for Receiver Cortney C. Thomas*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 30, 2025, true and correct copies of the foregoing were served via electronic service through the Court's CM/ECF system on all parties entitled to notice thereof.

*/s/ C. Alan Carrillo*
C. Alan Carrillo