**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

FILED
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SEP 24 2025
CLERK, US BANKRUPTCY COURT

**In re:**

**WALL007, LLC, et al.,** Debtors.
(Jointly Administered)

Chapter 11
Case No. 22-41049

## PRO SE NOTICE OF FIFTH CIRCUIT APPEAL OF DISTRICT COURT ORDER LIFTING LITIGATION STAY; AND EMERGENCY MOTION FOR TEMPORARY ADMINISTRATIVE ABEYANCE

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Timothy L. Barton ("Mr. Barton"), appearing pro se as a party-in-interest under 11 U.S.C. § 1109(b), files this Notice of Fifth Circuit Appeal and Emergency Motion for Temporary Administrative Abeyance, and states:

## I. APPEARANCE AND CONTACT

Please enter Mr. Barton's appearance and add him to the master service list:

Timothy L. Barton (pro se), Party-in-Interest
Defendant, pro se
1846 E Rosemeade Pkwy, #232, Carrollton, TX 75007
Tel: (214) 673-8714
timothy.barton@proton.me

Mr. Barton consents to electronic notice under FRBP 9036.

## II. BACKGROUND AND NOTICE OF APPEAL

1. On July 30, 2025, Receiver's counsel filed in this lead bankruptcy case a Notice of Order Lifting Litigation Stay, attaching the District Court's July 28, 2025 order (N.D. Tex. No. 3:22-cv-02118-X, Dkt. 660) that lifted the receivership-case stay "for the limited purpose of allowing the bankruptcy court to consider" the U.S. Trustee's conversion/dismissal motion and authorizing the Receiver to take steps to effectuate dismissal[1].

2. Mr. Barton has appealed that District Court order[2] to the U.S. Court of Appeals for the Fifth Circuit, Case No. 25-11043 (docketed September 12, 2025). This filing gives notice to the Bankruptcy Court and all parties of the pending appeal. A copy of the Fifth Circuit docketing pages is attached as Exhibit A.

## III. EMERGENCY REQUEST FOR BRIEF ADMINISTRATIVE ABEYANCE

3. Mr. Barton respectfully requests that the Court hold in abeyance (e.g., 90 days) any hearings or rulings on dismissal/ conversion or other steps that would irreversibly effectuate the District Court order solely to allow Mr. Barton to timely seek a stay in the issuing court and, if necessary, in the Fifth Circuit under FRAP 8/FRBP 8007.

4. This request does not seek to countermand the District Court's directive; rather, it invokes this Court's inherent authority to manage its docket to avoid irreparable consequences while higher courts determine whether a stay should issue (e.g., brief administrative stay/abeyance under the Court's calendar-control powers).

5. The equities favor a short abeyance: (i) there is a live, docketed Fifth Circuit appeal; (ii) dismissal/ conversion actions are largely irreversible; and (iii) a short, fixed administrative pause preserves all parties' positions with minimal prejudice.

---

[1] *Document No 39 - NOTICE OF ORDER LIFTING LITIGATION STAY*

[2] Securities and Exchange Commission v. Timothy Barton, et al., 22-CV-2118-X, Dkt No 660 – Order granting Motion [ECF 648] Lift Litigation Stay

## IV. RELIEF REQUESTED

Mr. Barton requests that the Court: (i) recognize his appearance as a pro se party in interest; (ii) add him to the service list; (iii) grant CM/ECF filing privileges in these jointly administered cases. Mr. Barton further requests that the court take notice that a Fifth Circuit appeal from the District Court's July 28, 2025 order is pending at No. 25-11043 and hold in administrative abeyance for 90 days any hearings or rulings that would effectuate dismissal/ conversion or equivalent case-dispositive relief premised on that District Court order, to permit pursuit of stay relief in the issuing court and, if needed, the Fifth Circuit; and grant such other and further relief as is just.

Dated: September 24, 2025

Respectfully submitted,

*/s/ Timothy Barton*

Timothy Barton, Pro Se
1846 E Rosemeade Pkwy, #232,
Carrollton, TX 75007
Tel: (214) 673-8714
Timothy.barton@proton.me

# CERTIFICATE OF SERVICE

I certify that on September 24, 2025, I served the foregoing via CM/ECF on all registered users and by first-class mail or email (where available) on the U.S. Trustee, debtors' counsel, any trustee or committee and its counsel, all parties who have filed a notice of appearance, and the Receiver's counsel listed below:

C. Alan Carrillo,
Brown Fox PLLC,
8111 Preston Rd., Ste. 300,
Dallas, TX 75225
alan@brownfoxlaw.com
Attorney for Receiver

/s/ Timothy L. Barton

Timothy Barton, Pro Se

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

**In re:**

**WALL007, LLC, et al.,** Debtors.
(Jointly Administered)

Chapter 11
Case No. 22-41049

## ORDER TAKING NOTICE OF FIFTH CIRCUIT APPEAL AND GRANTING TEMPORARY ADMINISTRATIVE ABEYANCE

The Court has considered Mr. Barton's Pro Se Notice of Fifth Circuit Appeal and Emergency Motion for Temporary Administrative Abeyance. The Court notes that an appeal from the United States District Court for the Northern District of Texas's July 28, 2025 order (Dkt. 660) has been docketed in the United States Court of Appeals for the Fifth Circuit as Case No. 25-11043. For good cause, it is:

**ORDERED** that, without altering or countermanding the District Court's order, the Court will hold in administrative abeyance for ninety (90) days from the date of entry of this Order any hearings or rulings that would effectuate dismissal, conversion, or other case-dispositive relief premised on that District Court order, to allow the parties to seek stay relief in the issuing court and, if necessary, in the Fifth Circuit.

**IT IS FURTHER ORDERED** that Mr. Barton's appearance as a pro se party-in-interest is recognized; the Clerk shall add him to the master service list in the lead case; and, pursuant to FRBP 9036, service by CM/ECF Notice of Electronic Filing (NEF) shall constitute proper service upon Mr. Barton by CM/ECF users, except where another method is required by rule.

**IT IS FURTHER ORDERED** that the Clerk is authorized to register Mr. Barton as a non-attorney CM/ECF filer limited to this case (and any jointly administered cases), conditioned upon (i) maintaining a PACER NextGen account, (ii) completing any Clerk-required training, and (iii) compliance with the Court's Administrative Procedures (including Appendix 5005) and any Judge-specific requirements. The Clerk may suspend or revoke CM/ECF privileges for non-compliance, without prejudice to further court action.

**IT IS FURTHER ORDERED** that nothing herein limits any party's ability to seek further relief from the District Court or the Fifth Circuit, and any party may move to modify or dissolve this abeyance for good cause.

END OF ORDER

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **TIMOTHY BARTON, et al.,** **Defendant.** | § § § § | |
| **V.** | | **No. 3:22-CV-2118-X** |
| **SECURITIES AND EXCHANGE COMMISSION,** **Plaintiff.** | § § § § | |
| | § | |

# NOTICE OF APPEAL OF ORDER GRANTING RECEIVER'S MOTION TO LIFT LITIGATION STAYECF 660

PLEASE TAKE NOTICE that Defendant Timothy Barton, Pro Se, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order of the United States District Court for the Northern District of Texas, Dallas Division, entered on July 28, 2025 [Dkt. No. 660], entitled "Order Granting Receiver's Motion to Lift Litigation Stay. The appealed Order mandates that the litigation stay be lifted in ten jointly administered bankruptcy cases pending in the Eastern District of Texas and further the Receiver to take all steps he deems necessary to effectuate the dismissal of those bankruptcy cases, thereby adversely affecting Defendant Barton's rights and interests.

Dated: Sep 09, 2025

Respectfully submitted,

*/s/Timothy Barton*
Timothy Barton
1846 E Rosemeade Pkwy,
#232, Carrollton, TX 75007
Tel: (214) 673-8714
Timothy.Barton@proton.me

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2025, I filed the foregoing Notice of Appeal with the Clerk of the United States District Court for the Northern District of Texas, Dallas Division, and served all counsel and pro se parties of record by a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/Timothy Barton*
Timothy Barton