**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

**In re:**

| | |
|---|---|
| **WALL007, LLC, et al.,** Debtors. | Chapter 11 |
| (Jointly Administered) | Case No. 22-41049 |

# [DRAFT] ORDER REINSTATING THE CASE, STAYING AND VACATING THE DISMISSAL ORDER, AND GRANTING TEMPORARY ADMINISTRATIVE ABEYANCE

THIS MATTER came before the Court on the Emergency Motion to Reinstate the Case, Stay and Vacate the Dismissal Order, and Grant Temporary Administrative Abeyance, filed by Timothy L. Barton, the pro se Defendant and Party-in-Interest. The Court having reviewed the Motion, the record, and being otherwise fully advised in the premises, finds that good cause exists for granting the relief requested.

**IT IS HEREBY ORDERED:**

1. The dismissal of this case entered on September 25, 2025, is vacated. The case is hereby reinstated, and all proceedings in the bankruptcy case shall resume as if the dismissal had not been entered.
2. The dismissal order is hereby stayed, and no further action will be taken by the Bankruptcy Court to effectuate dismissal or conversion of this case pending the resolution of appeal before the Fifth Circuit (Case No. 25-11043).
3. The Bankruptcy Court shall hold in abeyance any hearings or rulings related to dismissal, conversion, or any other case-dispositive relief premised on the District Court's July 28, 2025 order lifting the litigation stay, for a period of 90

days from the date of this Order, to allow the parties to seek a stay relief in the District Court and, if necessary, in the Fifth Circuit.

4. Mr. Barton's pro se appearance is hereby recognized, and he shall be added to the service list for all further filings in this case. The Clerk is instructed to take any necessary actions to effectuate the addition of Mr. Barton to the master service list.
5. This Order shall be served by the Clerk on all parties of record via CM/ECF and by regular mail to Timothy L. Barton and all interested parties.
6. Nothing in this Order shall prevent any party from seeking further relief from the District Court or the Fifth Circuit, nor shall it prevent any party from filing a motion to modify or dissolve this abeyance for good cause.

**IT IS SO ORDERED.**

**Dated:** ____________________

___________________________________

**United States Bankruptcy Judge**