# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

---

IN RE:
WALL007, LLC
3926 Vista Woods Drive
Carrollton , TX 75007
EIN: 81-4831018
Debtor

Case No. 22-41049 btr
Chapter: 11

---

## ORDER DISMISSING PLEADING WITHOUT PREJUDICE

---

On this date, the Court considered the Motion to Reinstate Case, Stay and Vacate Dismissal Order, and Grant Temporary Administrative Abeyance (the "Pleading") filed by Timothy Barton (the "Movant") on October 06, 2025. The Court finds that the Pleading fails to comply with the Local Rules of Bankruptcy Procedure and should be dismissed without prejudice for the following reason(s):

☑ Failure to include proper negative notice language in required format. See for example; **LBR 9007; 1007; 1017; 2004; 2014; 3015; 4001; 4003; 6004; or 6007**

☑ Failure to serve pleading or summary of same upon all parties entitled to notice or who have requested notice.**LBR 9013(f)**

IT IS THEREFORE ORDERED that the Pleading filed by Movant on October 06, 2025 is hereby DISMISSED without prejudice.

Signed on10/21/2025

Brenda T. Rhoades SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE