**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

---

IN RE:
WALL007, LLC
3926 Vista Woods Drive
Carrollton , TX 75007
EIN: 81-4831018
Debtor

Case No. 22-41049 btr
Chapter: 11

---

**ORDER DISMISSING PLEADING WITHOUT PREJUDICE**

---

On this date, the Court considered the Motion to Reinstate Case, Stay and Vacate Dismissal Order, and Grant Temporary Administrative Abeyance (the "Pleading") filed by Timothy Barton (the "Movant") on October 06, 2025. The Court finds that the Pleading fails to comply with the Local Rules of Bankruptcy Procedure and should be dismissed without prejudice for the following reason(s):

☑ Failure to include proper negative notice language in required format. See for example; **LBR 9007; 1007; 1017; 2004; 2014; 3015; 4001; 4003; 6004; or 6007**

☑ Failure to serve pleading or summary of same upon all parties entitled to notice or who have requested notice.**LBR 9013(f)**

IT IS THEREFORE ORDERED that the Pleading filed by Movant on October 06, 2025 is hereby DISMISSED without prejudice.

Signed on 10/21/2025

Brenda T. Rhoades SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Eastern District of Texas

In re: Case No. 22-41049-btr
WALL007, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4 User: admin Page 1 of 3
Date Rcvd: Oct 21, 2025 Form ID: pdf400 Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | WALL007, LLC, 3926 Vista Woods Drive, Carrollton, TX 75007-2428 |
| cr | | Cai Lingfei, c/o Jun Li, No. 336 Central Tianfu Street, Wejiant District, Chengdu, China |
| cr | | Chen Ling, c/o Jun Li, No. 336 Central Tianfu Street, Wenjinat District, Chengdu, China |
| cr | + | Gao Huaizhen, c/o William A Pigg, PLLC, 10455 N Central Expressway, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | + | HR Sterling, 2736 Troph Club Dr., Roanoke, TX 76262-3468 |
| cr | | Hui Zhu, c/o Jun Li, No. 336 Central Tianfu Street, Wenjiant District, Chengdu, China |
| cr | | Jin Wang, Room 2-202, Builidng No.4, Huanxixincun, HangzhoU, China |
| cr | | Jun Li, No. 336 Central Tianfu Street, Wenjiant District, Chengdu, China |
| cr | | Kai Tian, No. 17 Minkang Hutong, Xicheng District, Beijing, China |
| cr | | Kang Yunding, Room 2401, 56 New Nuclear Power Village, 55 Xinqiao South Road, Wuyuan Town, Halyan County, Zhejiang Province, China |
| cr | | Li Xuke, c/o Jun Li, No. 336 Central tianfu Street, Wenjiant District, Chengdu, China |
| cr | | Lin Zhou, 1-406 Lane 1058 Lotus Road, Minghang District, Shanghai, China |
| cr | | Lu Jiaxiang, c/o Jun Li, No. 336 Central Tianfu Street, Wenjiant District, Chengdu, China |
| cr | + | Ma Jinghui, c/o William A Pigg, PLLC, 10455 N Central Expwy, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | | Peng Guo, 6th Floor. Block C,, North Third Ring Road, East Dongcheng District, Beijin No. 36 World Trade Center, China |
| cr | | Qu Chen, 1-4-602 Yongtai, Hiadian District, Beijing, China |
| cr | + | Qu Yi, c/o William A Pigg, PLLC, 10455 N Central Expwy, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | | Shi Yunliang, c/o Jun Li, No. 336 Central Tianfu Street, Wenjiant District, Chengdu, China |
| cr | | Sun Yun, Room 302, No. 10 Caixiang Road, Gusu District, Suzhou, Jiangsu, China |
| intp | + | Timothy Barton, Pro Se, 1846 E Rosemeade Pkwy, #232, Carrollton, TX 75007-2637 |
| cr | + | Vance McMurry, 508 Lookout Dr., Ste. 14-44, Richardson, TX 75080-2176 |
| cr | | Xingxianzhi, c/o Jun Li, No. 336 Central Tianfu Street, Wenjiant District, Chengdu, China |
| cr | | Zhang Cong, c/o Jun Li, No. 336 Central Tianfu Street, Wenjiant District, Chengdu, China |
| cr | | Zhao Zhong, c/o Jun Li, No. 336 Central Tianfu Street, Wenjiant District, Chengdu, China |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: joyce@joycelindauer.com | Oct 22 2025 00:21:00 | Joyce Lindauer, Joyce W. Lindauer Attorney, PLLC, 1412 Main St,, Ste. 500, Dallas, TX 75202 |
| cr | + | Email/Text: smetzger@pmklaw.com | Oct 22 2025 00:21:00 | Steve Metzger, 3626 N. Hall St., Ste. 800, Dallas, TX 75219-5133 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela D. Dodd | on behalf of Creditor United States Securities and Exchange Commission dodda@sec.gov |
| Cortney Christopher Thomas | on behalf of Attorney Cortney C Thomas cort@brownfoxlaw.com |
| Craig Alan Carrillo | on behalf of Attorney Cortney C Thomas alan@brownfoxlaw.com |
| Eric A Liepins | on behalf of Debtor Seagoville Farms LLC liepinse@lanwt.org, griffinj@lanwt.org |
| Eric A Liepins | on behalf of Debtor WALL012 LLC liepinse@lanwt.org, griffinj@lanwt.org |
| Eric A Liepins | on behalf of Debtor WALL017 LLC liepinse@lanwt.org, griffinj@lanwt.org |
| Eric A Liepins | on behalf of Debtor WALL009 LLC liepinse@lanwt.org, griffinj@lanwt.org |
| Eric A Liepins | on behalf of Debtor WALL007 LLC liepinse@lanwt.org, griffinj@lanwt.org |
| Eric A Liepins | on behalf of Debtor WALL016 LLC liepinse@lanwt.org, griffinj@lanwt.org |
| Eric A Liepins | on behalf of Debtor WALL010 LLC liepinse@lanwt.org, griffinj@lanwt.org |
| Eric A Liepins | on behalf of Debtor WALL018 LLC liepinse@lanwt.org, griffinj@lanwt.org |
| Eric A Liepins | on behalf of Debtor WALL019 LLC liepinse@lanwt.org, griffinj@lanwt.org |
| Eric A Liepins | on behalf of Debtor WALL011 LLC liepinse@lanwt.org, griffinj@lanwt.org |
| Joyce W. Lindauer | on behalf of Creditor Joyce Lindauer joyce@joycelindauer.com dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Marcus Salitore | on behalf of U.S. Trustee US Trustee marc@salitorelaw.com |
| William A Pigg | on behalf of Creditor Qu Yi wapigg@pigglawfirm.com |
| William A Pigg | on behalf of Creditor Ma Jinghui wapigg@pigglawfirm.com |
| William A Pigg | on behalf of Creditor Sun Yun wapigg@pigglawfirm.com |
| William A Pigg | on behalf of Creditor Gao Huaizhen wapigg@pigglawfirm.com |

TOTAL: 19